**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| DYBO, INC., | : | Case No. 3:24-cv-303 |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| ERIE INSURANCE COMPANY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

---

**NOTICE OF DEFICIENCY AND ORDER**

---

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2).  Defendant has not filed a diversity disclosure statement as required by that Rule.  Plaintiff is therefore **ORDERED** to file such a statement no later than **thirty days** from the date of this Order.  A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.[1]

**IT IS SO ORDERED.**


January 21, 2025

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] https://www.ohsd.uscourts.gov/ohio-southern-district-forms