# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **DYBO, INC.,** | § | **Case No. 3:24-cv-303** |
| | § | |
| *Plaintiff,* | § | **District Judge Walter H. Rice** |
| | § | **Magistrate Judge Peter B. Sullivan, Jr.** |
| **vs.** | § | |
| | § | |
| **ERIE INSURANCE COMPANY,** | § | **PLAINTIFF'S MOTION TO** |
| | § | **EXCLUDE EXPERT TESTIMONY** |
| *Defendant.* | § | **BY CASEY DAVENPORT, Ph.D.** |

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff Dybo, Inc. ("Plaintiff" or "Dybo") respectfully moves for the Court to exclude from evidence expert opinion testimony by Defendant Erie Insurance Company's ("Defendant" or "Erie") witness Casey Davenport, Ph.D., regarding wind speeds occurring at the property at issue in this case.

Respectfully submitted,

By: */s/ Benjamin P. Barmore*
Benjamin P. Barmore
*Admitted Pro Hac Vice*
HUNZIKER & BARMORE PLLC
440 Louisiana St., Ste. 1825
Houston, Texas 77002
(281) 817-6000 Office
(281) 816-9025 Facsimile
Benjamin@HunzBarLaw.com

**Edwin J. Hollern (0040534)**
HOLLERN & ASSOCIATES
522 N. State Street – Suite A
Westerville, Ohio 43082-9002
(614) 839-5700; 839-4200 (Fax)
ehollern@ejhlaw.com

**ATTORNEYS FOR PLAINTIFF**

## MEMORANDUM IN SUPPORT

This case involves a first party insurance claim for damage to a commercial building located at 4901 Linden Avenue, Dayton, Ohio 45432 (the "Property") caused by wind and hailstorms on February 27, 2023, and March 3, 2023 (the "Storms").

Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), Defendant has designated Casey Davenport, Ph.D., as a retained to testify regarding, *inter alia*, her opinion of maximum wind speeds that occurred at the Property during the Storms.  *See* Defendant Erie Insurance Company's Expert Witness Disclosures, attached as Exhibit "A".  Additionally, Defendant produced an expert report prepared by Dr. Davenport, dated March 13, 2025, which set forth the details of her investigation and findings.  *See* Defendant Erie Insurance Company's Report of Expert Casey Davenport, Ph.D., attached hereto as Exhibit "B".

In her deposition testimony, Dr. Davenport concedes that she cannot determine the wind speed of a location without direct observations with a fifty percent or greater certainty, and that she did not perform any of the calculations or adjustments for the variables that she herself identified as relevant for forming a reliable meteorological opinion when extrapolating known wind speeds from a weather observation station to the Property.  As such, her expert opinions on the maximum wind speeds at the Property during the Storms should be excluded as unreliable.

### I.  FACTS ESTABLISHED BY DR. DAVENPORT'S DEPOSITION TESTIMONY

In response to a question on whether it is possible for a meteorologist to determine with fifty percent or greater certainty the specific wind speed at a specific location at a specific time, Dr. Davenport candidly admitted meteorologists "cannot say with a great deal of certainty" that there is a certain wind speed at a certain location without direct observations. (Deposition Testimony of Casey Davenport, Ph.D., Doc. No. 38-1 (hereinafter "Davenport Depo") at PageID #541).

2

Despite this inherent uncertainty, Dr. Davenport intends to opine at trial that the maximum wind speed at the Property during the Storms was 21 miles per hour because that was the highest reported wind speed at the closest weather station, Beaver Creek Station located approximately 1.86 miles northeast of the Property. (*Id.* at PageID ##552, 577-78).

Dr. Davenport testified there are four variables that should be adjusted for when extrapolating the wind speed measured at a weather station to determine the wind speed at another specific location: (1) the presence of thunderstorms; (2) the impact of ground cover; (3) the relative heights of the measuring station and the impacted location area; and (4) any impact by the Bernoulli Effect. (*Id.* at PageID ## 574-76).

The presence of thunderstorms potentially creates rain-cooled air that can produce strong downdrafts that result in strong winds at the surface. (*Id.* at PageID ## 560-61).  Dr. Davenport agreed that the existence of a squall line or thunderstorms between the Beaver Creek Station and the Property could result in stronger winds at the Property. (*Id.* at PageID ## 561-64). However, Dr. Davenport did not know whether there was the presence of a squall line or if thunderstorm conditions were present at both the Beaver Creek Station and the Property during the Storms, and ignored this variable during her wind speed calculations because she did not have the data. (*Id.* at PageID ## 563-64, 574-76, 581).

Ground cover, such as the density and proximity of trees and buildings versus open areas, potentially impact wind speeds. (*Id.* at PageID # 567). However, Dr. Davenport did not have any knowledge regarding the ground cover at the Beaver Creek Station, other than it was in a residential area with trees in the vicinity, or any knowledge regarding the ground cover at the Property, other than it was in an industrial area, and so ignored this variable during her wind speed calculations because she did not have the data.  (*Id.* at PageID ## 564-68, 574-76, 581).

Another critical variable for extrapolating wind speeds is the relative height of the instrument measuring the wind speed and the height of the relevant location. (*Id.* at PageID ## 574-76). There is a logarithmic increase in wind speeds with an increase in relative elevation (within the first kilometer of the atmospheric layer that is relevant to this case), with potentially large changes in wind speeds with even just a ten-to-twenty-foot change in height. (*Id.* at PageID ## 569-71). There is an established mathematical calculation that Dr. Davenport could have calculated to properly adjust for this variable; however, she failed to perform this calculation or make any adjustments to her conclusions because she did not know the height of the Beaver Creek Station or the height of the building at the Property. (*Id.* at PageID ## 569-70).

The final variable identified by Dr. Davenport as potentially affecting her calculations was potential impacts by the Bernoulli Effect, which occurs when wind is forced into a channel by large obstacles, thereby increasing wind speeds.  (*Id.* at PageID ## 571). Dr. Davenport did not make any adjustments to her wind speed calculations to account for the Bernoulli Effect, but generally remembered looking at the Property via Google Earth and not recalling seeing any other buildings nearby. (*Id.* at PageID ## 572-76, 581).

Despite not making any adjustments for the variables that Dr. Davenport identified as relevant to forming an accurate wind speed calculation, Dr. Davenport intends to provide expert testimony to the jury that the wind speed at the Property during the Storms was the same as the wind speed measured 1.86 miles northeast of the Property. (*Id.* at PageID # 581).

## II.  LAW GOVERNING ADMISSION OF EXPERT TESTIMONY

Dybo's challenge to the admissibility of Dr. Davenport's expert testimony is governed by Federal Rule of Evidence 702, which incorporates the principles enunciated in *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993), and its progeny.

Rule 702 of the Federal Rules of Evidence provides for the admissibility of expert testimony if it will "help the trier of fact to understand the evidence or to determine a fact in issue." *See* Fed. R. Evid. 702. Additionally, the testimony must be "based on sufficient facts or data" and be "the product of reliable principles and methods" that the expert has "reliably applied" to the facts of the case at hand. *Id.*

Under *Daubert*, in order for an expert's testimony to be admissible, it must not only be relevant but also reliable. *Daubert*, 509 U.S. at 589. A key factor when evaluating the reliability of a scientific methodology used by an expert is the known or potential rate of error and the existence and maintenance of standards controlling the technique's operation. *Id.* at 594.

### III. <u>ARGUMENT</u>

Rule 702 of the Rules of Evidence requires that expert testimony be "based on sufficient facts or data" and be "the product of reliable principles and methods" that the expert has "reliably applied to the facts of the case at hand. As part of this analysis, the Court should consider the known or potential rate of error in the scientific methodology used by Dr. Davenport and the existence and maintenance of standards controlling the methodology which she used to arrive to the expert opinions that she seeks to offer to the jury. *See Daubert*, 509 U.S. at 594.

Dr. Davenport specifically testified that she has a low confidence level in the accuracy of her expert opinion when admitting that meteorologists "cannot say with a great deal of certainty" that there is a certain wind speed at a certain location without direct observations, thereby implying a high potential rate of error in her methodology. (Davenport Depo, Doc. No. 38-1, at PageID #541).

Additionally, Dr. Davenport identified four variables that should have been considered when she attempted to extrapolate the Beaver Creek Station wind speeds to the Property, but failed

to collect the facts and data necessary to evaluate those variables and instead chose to just ignore those variables when forming her opinions in this matter.  As such, she violated the scientific standards controlling the methodology she used to arrive at her expert opinion.

As such, any expert opinion testimony that Dr. Davenport would potentially offer at trial regarding the wind speeds at the Property during the Storms are unreliable, irrelevant, potentially misleading to the jury, and so should be excluded from evidence.

## IV. <u>CONCLUSION</u>

For the foregoing reasons, Plaintiff respectfully requests that the Court exclude from evidence any expert opinion testimony by Casey Davenport, Ph.D., regarding the wind speeds occurring at the Property at issue in this case during the Storms and preclude Defendant's witnesses from relying upon any such opinions at trial.

Respectfully submitted,

By: */s/ Benjamin P. Barmore*
Benjamin P. Barmore
*Admitted Pro Hac Vice*
HUNZIKER & BARMORE PLLC
440 Louisiana St., Ste. 1825
Houston, Texas 77002
(281) 817-6000 Office
(281) 816-9025 Facsimile
Benjamin@HunzBarLaw.com

**Edwin J. Hollern (0040534)**
HOLLERN & ASSOCIATES
522 N. State Street – Suite A
Westerville, Ohio 43082-9002
(614) 839-5700; 839-4200 (Fax)
ehollern@ejhlaw.com

**ATTORNEYS FOR PLAINTIFF**

6

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 7, 2026, a true and correct copy of Plaintiff's Motion to Exclude Expert Testimony by Casey Davenport, Ph.D., was electronically filed with the Clerk of Court using the Electronic Filing System, which sent notification of such filing to all counsel of record.

Bartholomew T. Freeze
Gordon D. Arnold
Shelby Sprouse
FREUND, FREEZE & ARNOLD
88 E. Broad Street, Ste. 875
Columbus, Ohio 43215
bfreeze@ffalaw.com
garnold@ffalaw.com
ssprouse@ffalaw.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Benjamin P. Barmore*
Benjamin P. Barmore

**EXHIBIT**

## A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **DYBO, INC.,** | : | **Case No. 3:24-cv-303** |
| **Plaintiff,** | | District Judge Walter H. Rice |
| | : | Magistrate Judge Peter B. Silvian, Jr. |
| **v.** | | |
| **ERIE INSURANCE COMPANY,** | : | **DEFENDANT ERIE INSURANCE COMPANY'S EXPERT WITNESS DISCLOSURES** |
| **Defendant.** | | |

In this case plaintiff reported an alleged loss at the insured property, alleged to be caused by a windstorm. Erie promptly inspected the property. The first inspection took place on March 28, 2023, with Angela Mobley, a Property Claim Adjuster at Erie, Brandon Crues from SeekNow, and the insured, all being present. Based on the inspection, Erie prepared an estimate for covered repairs. A letter with the estimate was sent to the plaintiff on March 31, 2023.

Plaintiff did not contest or refute the findings of the inspection or estimate or respond with any updates regarding the repairs or requests for additional coverage until, on August 8, 2023, Erie received a report and estimate from the insured's Public Adjuster. After reviewing the report and estimate, Erie assigned Nederveld, Inc., a forensic engineering firm, to perform another inspection of the insured property and determine the cause of damage to the roof which led to the water intrusion.

On October 5, Erie received the Nederveld, Inc. inspection report. Nederveld found that the causes of damage to the roof which led to the water intrusion were some combination of deterioration and lack of timely and proper maintenance. The Nederveld report expressly determined that the damage could not have been caused by a recent or singular event and that no severe weather events had occurred in the area in the previous year.

- 1 -

Nederveld determined the roof could be easily repaired, rather than replaced, by re-fastening the roof panels and reapplying a weather barrier. Based on the Nederveld report, a letter denying further claim payment was sent to the insured and the Public Adjuster on October 23[1].

The Public Adjuster contacted Erie with further questions regarding the report in December 2023, and in January and February 2024. These questions were sent to Wesley Gerbick, one of the Nederveld, Inc. inspectors, who responded in a supplemental report on February 12[2]. Not until November 1 did Erie receive from plaintiff a position contradicting the findings of the Nederveld inspection and reports.

In the Complaint, plaintiff alleges "[s]ignificant wind and hail from the referenced Storm caused direct physical damage to the roofing system of the Property on or about March 3, 2023." Plaintiff cites to the insurance contract but does not address the exclusions in the insurance contract and their application to the findings of Nederveld, Inc., or the findings of plaintiff's expert. Plaintiff further alleges that Erie "underestimate[ed] the value of the damages during its investigation" and that Erie's estimates were "based on an improper and inadequate results-oriented investigation that ignored obvious hail damage." However, plaintiff fails to support these conclusory allegations with specific evidence and facts.

## I.      Erie's Expert Witness Disclosures.

(1)     Angela Mobley, Property Adjuster at Erie, was initially assigned this claim. Ms. Mobley will offer her opinions to a reasonable degree of probability concerning insurance claim handling and insurance coverage relative to this claim as outlined within her report. Ms. Mobley's report has been produced in accordance with Fed. R. Civ. P. 26(a)(2)(B) and the March 18, 2025 Preliminary Pretrial Conference Order.

---

[1] Incorrectly identified as October 25 in Document 19 – Defendant Erie Insurance Company's Lay Witness Disclosures.

[2] Incorrectly identified as February 13 in Document 19 – Defendant Erie Insurance Company's Lay Witness Disclosures. The referenced supplemental report was sent to Erie on February 12 but shared with the insured's public adjuster, Jerad Watson on February 13.

- 2 -

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**

(2)     Stacey Vogel, Property Claims Reinspector at Erie, was Angela Mobley's supervisor for this claim. Ms. Vogel will offer her opinions to a reasonable degree of probability concerning insurance claim handling, forensic evaluation of property damage to homes from storms and other causes frequently encountered in insurance coverage claims. and insurance coverage relative to this claim as outlined within her report. Ms. Vogel's report has been produced in accordance with Fed. R. Civ. P. 26(a)(2)(B) and the March 18, 2025 Preliminary Pretrial Conference Order.

(3)     Brandon Crues, SeekNow inspector, performed an inspection of the insured property to identify any storm-related damage to the insured property. Mr. Crues will offer his opinions to a reasonable degree of probability concerning his inspection of the roof of the subject property and damage evaluation of the same as outlined within his report. Mr. Crues' report has been produced in accordance with Fed. R. Civ. P. 26(a)(2)(B) and the March 18, 2025 Preliminary Pretrial Conference Order.

(4)     Wesley Gerbick, Nederveld, Inc. inspector, performed an inspection of the insured property to determine the cause of water intrusion, whether the water intrusion was related to any wind damage on the roof, and whether the roof required replacement. Mr. Gerbick will offer his opinions to a reasonable degree of probability concerning his inspection of the roof of the subject property and damage evaluation of the same as outlined within his reports. Mr. Gerbick's reports have been produced in accordance with Fed. R. Civ. P. 26(a)(2)(B) and the March 18, 2025 Preliminary Pretrial Conference Order.

(5)     Dr. Casey Davenport, National Forensic Consultants meteorologist, will offer her opinions to a reasonable degree of probability concerning local weather conditions, including hail and wind, at the subject property and her evaluation of the same as outlined within her report. Dr. Davenport's report has been produced in accordance with Fed. R. Civ. P. 26(a)(2)(B) and the March 18, 2025 Preliminary Pretrial Conference Order.

(6)     Defendant reserves the right to call any expert witnesses identified or disclosed by any other party.

(7)     Defendant reserves the right to identify additional experts upon completion of further discovery.

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**

Respectfully submitted,

*/s/ Bartholomew T. Freeze*
Bartholomew T. Freeze (0086980)
Trial Attorney
Gordon D. Arnold (0012195)
Shelby L. Sprouse (0103311)
FREUND, FREEZE & ARNOLD
88 East Broad Street, Suite 875
Columbus, OH  43215
Phone: (614) 827-7300
Fax: (614) 827-7303
bfreeze@ffalaw.com
garnold@ffalaw.com
ssprouse@ffalaw.com
*Attorneys for Defendant, Erie*
*Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on Monday, September 8, 2025, this document was served by email upon the attorneys for the plaintiff, Edwin J. Hollern (0040534) at ehollern@ejhlaw.com, and Benjamin Paul Barmore at benjamin@hunzbarlaw.com.

*/s/ Bartholomew T. Freeze*
Bartholomew T. Freeze (0086980)

- 4 -

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**

EXHIBIT

**B**

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **DYBO, INC.,** | : | **Case No. 3:24-cv-303** |
| **Plaintiff,** | | |
| | : | **District Judge Walter H. Rice** |
| **v.** | | |
| | : | **Magistrate Judge Peter B. Silvain, Jr.** |
| **ERIE INSURANCE COMPANY,** | : | |
| **Defendant.** | | **DEFENDANT ERIE INSURANCE COMPANY'S REPORT OF EXPERT CASEY DAVENPORT, PHD.** |

Defendant Erie Insurance Company ("Erie") submits the following attached report and resume of Casey Davenport, PhD. Erie intends to call Casey Davenport, PhD, as an expert witness at trial and to offer her opinions concerning local weather conditions, including hail and wind, at the subject property and her evaluation of the same.

Respectfully submitted,

*/s/ Bartholomew T. Freeze*
Bartholomew T. Freeze (0086980)
Gordon D. Arnold (0012195)
Shelby L. Sprouse (0103311)
FREUND, FREEZE & ARNOLD
88 East Broad Street, Suite 875
Columbus, OH  43215
Phone: (614) 827-7300
Fax: (614) 827-7303
bfreeze@ffalaw.com
garnold@ffalaw.com
ssprouse@ffalaw.com
*Counsel for Defendant Erie Insurance Company*

- 1 -

**FREUND, FREEZE & ARNOLD
A Legal Professional Association**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on Monday, September 8, 2025, this document was served by email upon the attorneys for the plaintiffs, Edwin J. Hollern (0040534) at ehollern@ejhlaw.com, and Benjamin Paul Barmore at benjamin@hunzbarlaw.com.

*/s/ Bartholomew T. Freeze*
Bartholomew T. Freeze (0086980)

- 2 -

## Affidavit of Casey Davenport

STATE OF NORTH CAROLINA )

COUNTY OF  Mecklenburg  )  SS:

I, Casey Davenport, being duly cautioned and sworn according to law, state that the following is true and accurate to the best of my knowledge.

1. I am eighteen years of age or older and have personal knowledge of the facts set forth in this affidavit and attached report, and all of the facts stated within this affidavit and attached report are true and correct to the best of my knowledge.

2. I am a Meteorologist and Senior Consultant employed by National Forensic Consultants. My responsibilities include providing expert testimony concerning weather data analysis. I have previous professional experience as a Professor of Meteorology. I have 13 years of experience in the field of meteorology. A copy of my curriculum vitae is attached.

3. On December 18, 2024, I was retained by Erie Insurance Company to investigate and analyze the local weather conditions, with an emphasis on the presence of hail and strong winds, occurring at the property located at 4901 Linden Avenue, Dayton, Ohio 45432-3013 between March 3, 2022, and March 3, 2023.

4. Based on my review of meteorological data and documents referenced in my report, I prepared a report detailing my investigation and analysis. A copy of my report is attached. I confirm, adopt, and repeat the content, opinions, and conclusions offered in my report.

5. All opinions and conclusions within my report to Erie Insurance Company and this affidavit are to a reasonable degree of probability within the field of meteorology and are based on my qualifications, training, and experience in the fields of meteorology.

- 3 -

6. I represent that I have testified as an expert at trial or by deposition during the previous four years. The case is *Grimm, et al. v. Erie Insurance Company*, Butler County, Ohio, Case No. CV 2024 01 0133.

7. I represent I am being compensated for my opinions and conclusions. I am charging $135.00 per hour for my review and analysis in this matter. To date, $1,242.00 has been paid to me in this matter.

_____
CASEY DAVENPORT

Sworn to, and subscribed in my presence, by the said Casey Davenport, on September 4, 2025.

_____
NOTARY PUBLIC

Commission expires
July 1st 2029

- 4 -

FREUND, FREEZE & ARNOLD
A Legal Professional Association



March 13, 2025

**CORPORATE OFFICE**

959 U.S. 46
SUITE 200
PARSIPPANY, NJ 07054


**NFC OF CENTRAL FLORIDA, INC.** ™


**NATIONAL PHONE NUMBER**
800-738-7620
**NATIONAL FAX NUMBER**
800-391-6275


**INTERNET ADDRESS**
www.nfcexperts.com


**SERVICES PROVIDED**

Accident Reconstruction
Bio-Mechanical Investigations
Blasting & Vibration Studies
Construction Defect Investigations
Environmental Investigations
Fire Origin & Cause
Forensic Accounting / Economic Loss
Forensic Nursing Reviews
Forensic Weather Studies
Geotechnical Investigations
Mechanical Investigations
Premises Liability Investigations
Product Liability Investigations
Property & Catastrophe Services
Security & Safety Investigations

Full Litigation Support
Evidence Management & Storage

and many more services


**OVER 400 CONSULTANTS AVAILABLE
NATIONWIDE FOR ALL OF YOUR
FORENSIC NEEDS**

Gordon Arnold, Esq.
**Freund, Freeze & Arnold, LPA**
10 North Ludlow Street, Suite 950
Dayton, OH 45402

| | | |
|---|---|---|
| Subject: | *DYBO, INC v. Erie Insurance Company* | |
| | Claimant: | DYBO, Inc. |
| | Claim: | A00004842219 |
| | D/O/L: | 03/03/2023 |
| | NFC File: | OH-000427 |

Dear Mr. Arnold:

In accordance with your assignment dated December 18, 2024, I have reviewed the conditions related to the subject claim. It was reported that the plaintiff, Dybo, Inc., received property damage at 4901 Linden Avenue, Dayton, OH, due to wind and hail. My analysis of the local weather conditions leading up to and on the date of loss followed a study of the relevant meteorological observations. This report summarizes my investigation and analysis of the subject assignment, including my findings and conclusions.

## Scope of Services

At your request, I:

- focused my analysis on the weather conditions, with an emphasis on the presence of hail and strong winds, occurring at the loss location between March 3, 2022, and March 3, 2023, which includes the alleged date of loss asserted by the plaintiff in the complaint (March 3, 2023) and
- prepared a written report summarizing those findings.

My investigation of the local weather conditions relied on weather data available from the National Centers for Environmental Information and the

Gordon Arnold, Esq.                                              March 13, 2025

**Freund Freeze & Arnold, LPA**                              NFC File: OH-000427

Page 2

National Weather Service to provide information regarding local weather conditions, emphasizing local hail and severe wind reports, surface weather station information, as well as severe thunderstorm warnings for the area in the vicinity of the loss location.

Copies of the following documents were provided by your office and reviewed in the preparation of this report:

- Complaint
- Seek Now Maestro Inspection Report, conducted on March 28, 2023, by Brandon Crues
- Nederveld Engineering Report, dated October 4, 2023, with inspection on August 15, 2023
- Peril Adjusters estimate, dated July 19, 2023
- Peril Adjusters photo report, dated October 10, 2023
- WIW Roofing estimate, dated July 6, 2023
- Service Master estimate, dated March 28, 2023
- Supplemental Nederveld Engineering Report, dated February 12, 2024
- Erie Estimate with Photo Report, dated May 10, 2024
- Mayfield Building Envelope Consultants Report, dated September 28, 2024

## Meteorological Data

The meteorological data relied on in this analysis were selected from the National Centers for Environmental Information (NCEI) and the National Weather Service (NWS). The NCEI collates and archives reports of significant and damaging weather events (known as the *Storm Data* archive) from a variety of sources, including the NWS, county, state and federal emergency management officials, local law enforcement and trained weather spotters, among others. Note that for hail events, only reports of 0.75-inch diameter or greater are retained, though archives of reports of all sizes and intensities are available through the Iowa Environmental Mesonet (IEM). In addition, the NCEI maintains the Severe Weather Data Inventory (SWDI), which is an integrated database of severe weather records for the United States. Notably, much of the data in the SWDI is automatically derived from weather radar data and represents potential conditions, rather than confirmed occurrences. To further explore weather conditions in the vicinity of the loss location, meteorological data collected by surface weather stations in the area were examined. Note that a combination of station sources were used. Three surface weather stations were located at airports and sited in open fields, with winds measured at 10 meters (~32.8 feet) above ground level. Given that the facility at the loss location does

Gordon Arnold, Esq.
**Freund Freeze & Arnold, LPA**

March 13, 2025
NFC File: OH-000427

Page 3

not have similar ground cover (i.e., suburban area with trees), three additional stations through the Citizens Weather Observer Program (CWOP), sited in more representative ground conditions and within 6 miles of the loss location, were included. Additionally, severe weather warnings issued by the local NWS office were investigated to determine when conditions were deemed appropriate for severe, damaging weather. Note that the NWS defines severe weather as "a thunderstorm producing hail that is at least 1 inch in diameter or larger, and/or wind gusts of 58 mph or greater, and/or a tornado."[1] Prior to 2010, the hail threshold for severe strength was 0.75 inch in diameter, though this was increased to 1-inch in recognition of research demonstrating that substantial damage does not occur below this size.[2,3]

My investigation regarding hail in the vicinity of the loss location utilized the following sources of information:

- Storm reports from the National Centers for Environmental Information (NCEI) *Storm Data* archive within Greene County and Montgomery County, OH; the immediate proximity of the loss location to the boundary between these counties warranted inclusion of both.
- Local storm reports (including severe and sub-severe) submitted to the local National Weather Service in Wilmington, OH, archived and available from the Iowa Environmental Mesonet (IEM).
- Archived severe weather warnings issued by the Wilmington, OH NWS office, archived and available from the IEM.
- Archived surface weather station data from the following airport and CWOP locations:
  - Dayton/Wright-Patterson Air Force Base (KFFO; 7.13 miles north/northeast of the loss location)
  - Dayton-Wright Brothers Airport (KMGY; 12.21 miles to the southwest)
  - Dayton International Airport (KDAY; 12.88 miles to the north/northwest)
  - Beavercreek (EW6018; 1.86 miles to the northeast)
  - Kettering (DW1114; 3.86 miles to the southwest)
  - Xenia (EW3598; 5.83 miles to the east-southeast)
- Archived records from NCEI's Severe Weather Data Inventory (SWDI).

---

[1] https://www.spc.noaa.gov/faq/#4.2
[2] https://blog.ametsoc.org/2010/01/08/nws-increases-severe-hail-threshold/
[3] https://ams.confex.com/ams/SLS_WAF_NWP/webprogram/Paper45858.html

Gordon Arnold, Esq.
**Freund Freeze & Arnold, LPA**

March 13, 2025
NFC File: OH-000427

Page 4

## Analysis

### *Severe Weather Warnings*

Dates in which local conditions were *anticipated* to produce severe weather ("a thunderstorm producing hail that is at least 1 inch in diameter or larger, and/or wind gusts of 58 mph or greater, and/or a tornado") and were associated with a severe thunderstorm warning within the analysis period were identified via the IEM archive. Severe weather warnings are issued either when such conditions are indicated by weather radar, or via visual confirmation of severe conditions (e.g., confirmed sighting of a tornado). The loss location was within the bounds of seven different severe thunderstorm warnings and one tornado warning between March 3, 2022, and March 3, 2023. The seven dates that these warnings occurred on include: 1) May 3, 2022 (SW); 2) May 21, 2022 (SW); 3) June 13, 2022 (SW); 4) July 6, 2022 (SW); 5) January 19, 2023 (SW); 6) February 27, 2023 (SW); and 7) August 21, 2022 (T). None of these dates include the alleged date of loss stated in the complaint (March 3, 2023). Note, however, that these warnings encompass a somewhat large area to account for unanticipated shifts in storm track, intensity and size. Thus, actual conditions in the immediate vicinity of the loss location will be determined through reports and observations, discussed next.

### *Severe Weather Reports*

Examination of the *Storm Data* archive for Greene County and Montgomery County, OH during the analysis period between March 3, 2022, and March 3, 2023, revealed 16 dates in which either strong winds (measured gusts in excess of 58 mph or reported damage due to winds) or hail at least 0.75 inch in diameter was reported to have occurred somewhere within the two counties. All dates of interest are listed in Table #1. There are a few key points to emphasize from the data shown in Table #1. First, the alleged date of loss asserted by the plaintiff (March 3, 2023), is not included. Second, in all but one instance, maximum wind gusts represent *estimates* based on the extent and type of damage reported. Third, these reports have not been filtered based on distance from the loss location; thus, their representativeness of actual conditions at the loss location should not be inferred from this information alone.

Figures #1-2 show maps of all hail and wind reports (measured gusts and damage), regardless of size or intensity sent to the Wilmington, OH NWS office, near the loss location, during the analysis period. From this information, the following can be determined: 1) There were no reports of any kind within 1 mile of the loss location and 2) There were no reports of any kind on the alleged date of loss asserted by the plaintiff (March 3, 2023). The majority of all reports were associated with tree damage, due to

Gordon Arnold, Esq.                                                              March 13, 2025
**Freund Freeze & Arnold, LPA**                                              NFC File: OH-000427

Page 5

strong (but not measured) wind gusts (see Figure #2), with only a handful of hail reports, only one of which met the 1-inch-diameter severe threshold (see Figure #1). Given the inherent limitations in reports (requiring a visual observation and/or effort to send in to the NWS office), a more in-depth discussion of hail and wind reports, along with available surface weather observations, now follows.

*Hail Reports*

Only two dates within the analysis period were associated with hail reports within 5 miles of the loss location: June 13, 2022, and February 27, 2023 (see Figure #1). Notably, only one report on February 27, 2023, met the severe (damaging) threshold of 1-inch diameter, which occurred a little over 1 mile to the east of the loss location. It is noted that the Mayfield Building Envelope Consultants (MBEC) report indicates additional hail reports on February 27, 2023, from a third-party weather report service. However, the output shown provides annotations stating apparent "reports" with labels such as "Maximum Possible Size: 1.50; Chance of Hail > 0.75: 90%." This type of output is associated with an automated radar detection algorithm and does not represent confirmed occurrence of hail at the surface. The NCEI SWDI archive was interrogated to identify all dates in which severe hail (maximum diameter of at least 1 inch) was flagged as likely (probability of 100%) to occur. Furthermore, this analysis was limited to the weather radar that was closest to the loss location in Wilmington, OH (approximately 27 miles to the southeast). Examination of proximate radars is highly preferred for interrogation of hail due to radar beams curving away from the ground with increasing distance from the radar; this ensures that any hail identified by the automatic detection algorithms are using data collected closer to the surface, reducing the likelihood of melting and sublimation. Based on these limitations, only one date within the analysis period was identified: June 22, 2022. Notably, this date did not have any observed hail reports, underscoring the inherent limitation of this automated radar algorithm, since hail is known to melt and/or sublimate during its descent to the surface. Broadening the search to sub-severe hail sizes and additional radar locations does confirm the MBEC report of other flagged locations of potential hail. Indeed, sub-severe hail was reported on February 27, 2023, to the southwest of the loss location (see Figure #1).

*Wind Reports*

The wind reports shown in Figure #2 represent reports sent to the NWS of strong measured wind gusts in excess of 50 mph and/or wind damage; when damage is present, the NCEI *Storm Data* archive records estimates of gust strength (see Table #1). These reports occurred on six dates: 1) March 30, 2022; 2) May 21, 2022; 3) June 13, 2022; 4) August 3, 2022; 5) August 21, 2022; and 6) January 19, 2023. It is evident from Figure #2 that the majority of reports within 5 miles of the loss location were

Gordon Arnold, Esq.                                                         March 13, 2025
**Freund Freeze & Arnold, LPA**                                      NFC File: OH-000427

Page 6

related to damage (almost universally tree damage). Notably, the original Nederveld Engineering report included a CoreLogic wind verification report that identified five dates within the analysis period in which the *estimated* maximum winds exceeded the severe threshold of 58 mph within 5 miles of the loss location: 1) March 30, 2022; 2) June 13, 2022; 3) July 6, 2022; 4) August 21, 2022; and 5) January 19, 2023. Note that only some of these dates align with severe weather warnings issued by the Wilmington, OH NWS office (June 13, 2022; July 6, 2022; August 21, 2022; January 19, 2023), but not all (missing May 3, 2022, May 21, 2022, February 27, 2023). All but the July 6, 2022, event was associated with a report shown in Figure #2. Additionally, the May 21, 2022, and August 3, 2022, events associated with wind reports on Figure #2 were not listed in the CoreLogic report. To determine whether such conditions were observed near the loss location, wind data from nearby surface weather stations were gathered and analyzed on the five identified dates of interest from CoreLogic, as well as the alleged date of loss on March 3, 2023. Maximum wind speeds and gusts observed on each date for each of the six surface weather stations nearby are listed in Table #2.

There are some key findings from the data in Table #2. First, only one date contained a wind speed exceeding the severe threshold of 58 mph: January 19, 2023. Second, there is substantial variability among the stations in terms of their maximum wind gusts on a given day, highlighting how sensitive winds can be to local conditions. Indeed, it is important to note that the weather station closest to the loss location (and likely most representative of local conditions) is the Beavercreek station location, which is 1.86 miles to the northeast. The maximum gust from this station occurred on January 19, 2023 (28 mph from the west).

Gordon Arnold, Esq.                                                March 13, 2025

**Freund Freeze & Arnold, LPA**                                  NFC File: OH-000427

Page 7

**Table #1.** List of dates of observed hail greater than 0.75-inch diameter and severe wind gusts/wind damage between March 3, 2022, and March 3, 2023, anywhere within Greene County and Montgomery County, OH. Information via NCEI *Storm Data*. The range of hail sizes and strength of measured or estimated winds is also provided.

| Date | Event/Report Type | Intensity | Location |
|---|---|---|---|
| March 7, 2022 | Thunderstorm wind | 52 – 58 mph (estimated) | Montgomery & Greene |
| March 23, 2022 | Thunderstorm wind Hail | 58 mph (estimated) 0.75 inch | Montgomery |
| March 30, 2022 | High wind (non-thunderstorm) | 58 mph (measured) | Montgomery & Greene |
| May 21, 2022 | Thunderstorm wind Hail | 58 mph (estimated) 0.88 inch | Montgomery |
| May 25, 2022 | Thunderstorm wind | 58 mph (estimated) | Greene |
| June 1, 2022 | Thunderstorm wind | 52 – 58 mph (estimated) | Montgomery |
| June 6, 2022 | Thunderstorm wind | 52 mph (estimated) | Greene |
| June 13, 2022 | Thunderstorm wind | 58 mph (estimated) | Montgomery & Greene |
| June 22, 2022 | Thunderstorm wind | 52 – 58 mph (estimated) | Montgomery & Greene |
| July 6, 2022 | Thunderstorm wind | 52 mph (estimated) | Montgomery |
| July 23, 2022 | Thunderstorm wind | 52 mph (estimated) | Greene |
| August 3, 2022 | Thunderstorm wind | 52 mph (estimated) | Montgomery |
| August 4, 2022 | Thunderstorm wind | 58 mph (estimated) | Greene |
| August 21, 2022 | Thunderstorm wind | 63 – 69 mph (estimated) | Montgomery & Greene |
| February 9, 2023 | High wind (non-thunderstorm) | 58 mph (estimated) | Greene |
| February 27, 2023 | Hail | 0.75 – 2.00 inches | Montgomery & Greene |

Gordon Arnold, Esq.                                                            March 13, 2025
**Freund Freeze & Arnold, LPA**                                             NFC File: OH-000427

Page 8

**Table #2.** Maximum wind speeds and gusts observed at six weather stations in the vicinity of the loss location. Dates listed below were selected based on a CoreLogic identifying severe strength wind gusts within 5 miles of the loss location between March 3, 2022, and March 3, 2023.

| Date | Station Location | Maximum Wind Gust | Wind Direction |
|---|---|---|---|
| March 30, 2022 | Beavercreek | N/A | N/A |
| | Kettering | 29 mph | Northwest |
| | Xenia | 50 mph | South-southwest |
| | Wright-Patterson AFB | 49 mph | South-southwest |
| | Wright Brothers Airport | 47 mph | South |
| | Dayton International Airport | 55 mph | Southwest |
| June 13, 2022 | Beavercreek | 22 mph | West |
| | Kettering | N/A | N/A |
| | Xenia | 33 mph | West |
| | Wright-Patterson AFB | 51 mph | South |
| | Wright Brothers Airport | 45 mph | West-northwest |
| | Dayton International Airport | 48 mph | West |
| July 6, 2022 | Beavercreek | 16 mph | Northwest |
| | Kettering | N/A | N/A |
| | Xenia | 28 mph | North-northwest |
| | Wright-Patterson AFB | 24 mph | North |
| | Wright Brothers Airport | 27 mph | Northwest |
| | Dayton International Airport | 31 mph | North-northwest |
| August 21, 2022 | Beavercreek | 8 mph | Northwest |
| | Kettering | N/A | N/A |
| | Xenia | 15 mph | Southwest |
| | Wright-Patterson AFB | 15 mph | South |
| | Wright Brothers Airport | 25 mph | Northwest |
| | Dayton International Airport | 21 mph | Northwest |
| January 19, 2023 | Beavercreek | 28 mph | West |
| | Kettering | N/A | N/A |
| | Xenia | 34 mph | South |
| | Wright-Patterson AFB | 47 mph | Southwest |
| | Wright Brothers Airport | 51 mph | West |
| | Dayton International Airport | 62 mph | West |
| March 3, 2023 | Beavercreek | 21 mph | Southwest |
| | Kettering | N/A | N/A |
| | Xenia | 41 mph | Southwest |
| | Wright-Patterson AFB | 42 mph | Southwest |
| | Wright Brothers Airport | 45 mph | Southwest |
| | Dayton International Airport | 46 mph | Southwest |

Gordon Arnold, Esq.  
**Freund Freeze & Arnold, LPA**

March 13, 2025  
NFC File: OH-000427

Page 9

**Figure #1.** All hail reports submitted to the Wilmington, OH NWS office via IEM between March 3, 2022, and March 3, 2023. Hail reports are indicated by a purple icon with white circles. The bold purple circle indicates a 5-mile radius from the loss location, indicated by the yellow star, while the thinner purple circle indicates a 1-mile radius from the loss location. Each hail report within 5 miles is annotated with the date of occurrence and size.



Gordon Arnold, Esq.
**Freund Freeze & Arnold, LPA**

March 13, 2025
NFC File: OH-000427

Page 10

**Figure #2.** All wind reports submitted to the Wilmington, OH NWS office via IEM between March 3, 2022, and March 3, 2023. Wind damage/measured gust reports are indicated by yellow icons with a broken tree or WIND. The bold purple circle indicates a 5-mile radius from the loss location, indicated by the yellow star, while the thinner purple circle indicates a 1-mile radius from the loss location. Each wind report within 5 miles is annotated with the date of occurrence and intensity or type of damage.



Gordon Arnold, Esq.                                                    March 13, 2025
**Freund Freeze & Arnold, LPA**                                       NFC File: OH-000427

Page 11

## Conclusions

Based on the information obtained and my analysis and expertise as a meteorologist, it is my opinion within a reasonable degree of professional certainty that:

1.  Examination of severe thunderstorm and tornado warnings issued for the loss location between March 3, 2022, and March 3, 2023, identified seven different severe thunderstorm warnings and one tornado warning. The dates of the severe thunderstorm warnings include:  1) May 3, 2022; 2) May 21, 2022; 3) June 13, 2022; 4) July 6, 2022; 5) January 19, 2023; and 6) February 27, 2023. The loss location was within a tornado warning on August 21, 2022.

2.  Examination of the *Storm Data* archive between March 3, 2022, and March 3, 2023, within both Greene County and Montgomery County, OH revealed 16 dates in which either strong winds (measured gusts in excess of 58 mph or reported damage due to winds) or hail at least 0.75 inch in diameter was reported to have occurred somewhere within the two counties. The alleged date of loss asserted by the plaintiff (March 3, 2023), was not among these 16 dates.

3.  Examination of all local storm reports (regardless of size or intensity) submitted to the NWS Wilmington office throughout the analysis period revealed only two dates were associated with hail reports within 5 miles of the loss location: June 13, 2022, and February 27, 2023. Notably, only one hail report on February 27, 2023, met the severe (damaging) threshold of 1 inch in diameter, which occurred a little over one mile to the east of the loss location. Reports of strong wind gusts and damage were comparatively more prevalent, occurring on six dates: 1) March 30, 2022; 2) May 21, 2022; 3) June 13, 2022; 4) August 3, 2022; 5) August 21, 2022; and 6) January 9, 2023. Only two reports were associated with measured wind gusts in excess of 50 mph, and one meeting the severe threshold of 58 mph (May 21, 2022). None of the wind reports occurred within 1 mile of the loss location.

4.  Analysis of wind data from six weather surface stations on select dates identified only one date in which measured winds exceeded the severe threshold of 58 mph: January 19, 2023. This occurred at the Dayton International Airport, located 12.88 miles to the north/northwest of the loss location. A more representative weather station 1.83 miles away, in Beavercreek, recorded a maximum wind gust of 28 mph on the same day.

Gordon Arnold, Esq.                                                   March 13, 2025
**Freund Freeze & Arnold, LPA**                              NFC File: OH-000427

Page 12

The conclusions reached in my analysis are based upon a reasonable degree of meteorological certainty. I reserve the right to supplement or amend these findings and/or opinions should new information become available. If you have any questions or comments, please contact me at 800-738-7620.

Respectfully submitted,

*Casey Davenport*

Casey E. Davenport, PhD
Meteorological Consultant

/tmk

Case: 3:24-cv-00303-WHR Doc #: 44 Filed: 01/07/26 Page: 28 of 57  PAGEID #: 975

# Casey E. Davenport

University of North Carolina at Charlotte
Department of Earth, Environmental, and Geographical Sciences
9201 University City Blvd, Charlotte, NC 28223
Zoom Phone: 704-687-0468

Casey.Davenport@charlotte.edu   **https://pages.charlotte.edu/casey-davenport/**

## EDUCATION_____

**Ph.D. in Atmospheric Sciences** (May 2013)
*Dissertation: "Observed and Simulated Supercell Demise Depicted by VORTEX2 Observations"*
Department of Marine, Earth & Atmospheric Sciences
North Carolina State University
Raleigh, NC, USA

**M.S. in Atmospheric Sciences** (August 2009)
*Thesis: "Mesoscale Convective Systems Crossing the Appalachian Mountains"*
Department of Marine, Earth & Atmospheric Sciences
North Carolina State University
Raleigh, NC, USA

**B.S. in Meteorology** (May 2007) *Summa Cum Laude*
Department of Geography and Meteorology
Valparaiso University
Valparaiso, IN, USA

## ACADEMIC POSITIONS_____

**Associate Professor** (July 2022 – present)
Department of Geography & Earth Sciences
University of North Carolina at Charlotte
Charlotte, NC, USA

**Assistant Professor** (August 2014 – June 2022)
Department of Geography & Earth Sciences
University of North Carolina at Charlotte
Charlotte, NC, USA

**Assistant Professor** (June 2013 – June 2014), **Lecturer** (June 2012 – May 2013)
Department of Physics
United States Air Force Academy
Colorado Springs, CO, USA

**Graduate Research Assistant** (August 2008 – May 2009; August 2010 – May 2012)
Department of Marine, Earth & Atmospheric Sciences
North Carolina State University
Raleigh, NC, USA

**Graduate Teaching Assistant** (August 2007 – May 2008; August 2009 – May 2010)
Department of Marine, Earth & Atmospheric Sciences
North Carolina State University
Raleigh, NC, USA

## RESEARCH_____

Peer-Reviewed Publications (*denotes student co-author)

1. Riggin, R.R.*, **C.E. Davenport**, M.D. Eastin, K.E. McKeown*, S.M. Purpura*, and B.T. Katona, 2025: Idealized Simulations of Supercell Thunderstorms Traversing the Appalachian Mountains. *Monthly Weather Review*, **153**, 373 – 402. doi: 10.1175/MWR-D-23-0285.1

2. Burns, L.E.* and **C.E. Davenport**, 2025: Characterizing the Growth in Spatial Thinking Skills in Undergraduate Meteorology Students Across the Curriculum. *Bulletin of the American Meteorological Society*, **106**, E275 – E289. doi: 10.1175/BAMS-D-23-0324.1

3. McKeown, K.E.*, **C.E. Davenport**, M.D. Eastin, S.M. Purpura*, and R.R. Riggin*, 2024: Radar Characteristics of Supercell Thunderstorms Traversing the Appalachian Mountains. *Weather and Forecasting*, **39**, 639 – 654. doi: 10.1175/WAF-D-23-0110.1

4. Purpura, S.M.*, **C.E. Davenport**, M.D. Eastin, K.E. McKeown*, and R.R. Riggin*, 2023: Environmental Evolution of Supercell Thunderstorms Interacting with the Appalachian Mountains. *Weather and Forecasting*, **38**, 179 – 198. doi: 10.1175/WAF-D-22-0115.1

5. Handlos, Z., **C.E. Davenport**, and D. Kopacz, 2022: The "State" of Active Learning in the Atmospheric Sciences: Strategies Instructors Use and Directions for Future Research, *Bulletin of the American Meteorological Society*, E1197 – E1212. doi: 10.1175/BAMS-D-20-0239.1

6. **Davenport, C.E.**, 2021: Environmental Evolution of Long-Lived Supercell Thunderstorms in the Great Plains. *Weather and Forecasting*, **36**, 2187 – 2209. doi: 10.1175/WAF-D-21-0042.1

7. Gropp, M.E.* and **C.E. Davenport**, 2021: A Python-Based Tracking Algorithm for Coarse Temporal Resolution WRF-Simulated Supercells. *Journal of Atmospheric and Oceanic Technology*, **38**, 1551 – 1559. doi: 10.1175/JTECH-D-20-0122.1

8. **Davenport, C.E.**, and A.J. French, 2020: The Fundamentals in Meteorology Inventory: Validation of a Tool Assessing Basic Meteorological Conceptual Understanding. *Journal of Geoscience Education*, **68**, 152 – 167. doi: 10.1080/10899995.2019.1629193.

9. Magee, K.M.* and **C.E. Davenport**, 2020: An Observational Analysis Quantifying the Distance of Supercell-Boundary Interactions in the Great Plains. *Journal of Operational Meteorology*, **8**, 15 – 38.

10. **Davenport, C.E.**, C.L. Ziegler, and M.I. Biggerstaff, 2019: Creating a More Realistic Idealized Supercell Thunderstorm Evolution via Incorporation of Base-State Environmental Variability. *Monthly Weather Review*, **147**, 4177 – 4198. doi: 10.1175/MWR-D-18-0447.1

11. **Davenport, C.E.**, 2019: Using Worked Examples to Improve Student Understanding of Atmospheric Dynamics. *Bulletin of the American Meteorological Society*, **100**, 1653 – 1664. doi: 10.1175/BAMS-D-18-0226.1

12. Sherburn, K.D., M.D. Parker, **C.E. Davenport**, R.A. Sirico*, J.L. Blaes, B. Black, S.E. McLamb, M.C. Mugrage, and R.M. Rackliffe, 2019: Partnering Research, Education, and Operations via a Cool Season Severe Weather Soundings Program. *Bulletin of the American Meteorological Society*, **100**, 307 – 320. doi: 10.1175/BAMS-D-17-0186.1

13. Gropp, M.E.* and **C.E. Davenport**, 2018: The Impact of the Nocturnal Transition on the Lifetime and Evolution of Supercell Thunderstorms in the Great Plains. *Weather and Forecasting*, **33**, 1045 – 1061. doi: 10.1175/WAF-D-17-0150.1

14. **Davenport, C.E.**, 2018: Evolution in Student Perceptions of a Flipped Classroom in a Computer Programming Course. *Journal of College Science Teaching*, **47**, 30 – 35.

15. **Davenport, C.E.** and M.D. Parker, 2015b: Impact of Environmental Heterogeneity on the Dynamics of a Dissipating Supercell Thunderstorm. *Monthly Weather Review*, **143**, 4244 – 4277. doi: 10.1175/MWR-D-15-0072.1.

16. **Davenport, C.E.** and M.D. Parker, 2015a: Observations of the 9 June 2009 Dissipating Supercell from VORTEX2. *Weather and Forecasting*, **30**, 368 – 388. doi: 10.1175/WAF-D-14-00087.1.

17. **Davenport, C.E.**, C.S. Wohlwend, and T.L. Koehler, 2015: Motivation for and Development of a Standardized Introductory Meteorology Assessment Exam.

*Casey E. Davenport: Curriculum Vitae (August 2025)*                4

*Bulletin of the American Meteorological Society*, **96**, 305 – 312. doi: 10.1175/BAMS-D-13-00157.1.

18. **Letkewicz, C.E.**, A.J. French, and M.D. Parker, 2013: Base-State Substitution: An Idealized Modeling Technique for Approximating Environmental Variability. *Monthly Weather Review*, **139**, 3062 – 3086. doi: 10.1175/MWR-D-12-00200.1.

19. **Letkewicz, C.E.** and M.D. Parker, 2011: Impact of Environmental Variations on Simulated Squall Lines Interacting with Terrain. *Monthly Weather Review*, **139**, 3163 – 3183. doi: 10.1175/2011MWR3635.1.

20. **Letkewicz, C.E.** and M.D. Parker, 2010: Forecasting the Maintenance of Mesoscale Convective Systems Crossing the Appalachian Mountains. *Weather and Forecasting*, **25**, 1179 – 1195. doi: 10.1175/2010WAF2222379.1.

Editorially Reviewed Publications

1. Klees, A., B. Barlow, **C. Davenport**, W. Flynn, S. Kristovich, Z. Handlos, and E. Mullens, 2025: What Does a Modern Atmospheric Dynamics Course Look Like? *Bulletin of the American Meteorological Society*, **106**, 253 – 260. doi: 10.1175/BAMS-D-24-0231.1.

Peer-Reviewed Manuscripts in Review (*denotes student co-author)

1. Greco, J.* and **C.E. Davenport**: Idealized Simulations of Supercell Thunderstorms Interacting with Stationary Boundaries. Accepted pending revisions to *Journal of Operational Meteorology*.
2. Twohey, L.* and **C.E. Davenport**: Idealized Simulations of the Sensitivity of Supercell Thunderstorm Behavior Near Complex Terrain to Storm Maturity and Approach Angle. Accepted pending revisions to *Monthly Weather Review*.

Professional Conference Presentations and Proceedings (since 2014; *denotes student co-author)

1. Timberlake, J.*, **C.E. Davenport**, and R.R. Riggin*, 2025: Exploring the Impacts of the Charlotte, NC Urban Landscape on Severe Thunderstorms via Idealized Simulations. *Office of Undergraduate Research Summer Research Symposium*, 25 July 2025, Charlotte, NC. Abstracts available at: https://our.charlotte.edu/wp-content/uploads/sites/519/2025/01/SU25-mentors-project-book-file-alphabetical.pdf
2. Twohey, L.* and **C.E. Davenport**, 2025: Idealized Simulations of the Effects of Semi-Slip Bottom Boundary Conditions on Supercell Thunderstorms Traversing Complex Terrain. *Southern Appalachian Weather and Climate Workshop*, 21-22 March 2025, Asheville, NC. Abstracts available at:

https://sites.google.com/view/sawcworkshop/agenda/2025-workshop-agenda?authuser=0

3. Riggin, R.R.* and **C.E. Davenport**, 2025: Environmental Influences of the Chesapeake Bay on Convective Storm Morphology and Severe Weather Production Across the Mid-Atlantic. *Southern Appalachian Weather and Climate Workshop*, 21-22 March 2025, Asheville, NC. Abstracts available at: https://sites.google.com/view/sawcworkshop/agenda/2025-workshop-agenda?authuser=0

4. Greco, J.* and **C.E. Davenport**, 2025: An Observational Analysis Evaluating Drives of Severe Weather Production in Supercell Thunderstorms Interacting with Surface Boundaries. *Southern Appalachian Weather and Climate Workshop*, 21-22 March 2025, Asheville, NC. Abstracts available at: https://sites.google.com/view/sawcworkshop/agenda/2025-workshop-agenda?authuser=0

5. O'Neill, E.* and **C.E. Davenport**, 2025: The Sensitivity of the Impact of Cell Mergers on Supercell Thunderstorms Before vs. After Sunset. *Southern Appalachian Weather and Climate Workshop*, 21-22 March 2025, Asheville, NC. Abstracts available at: https://sites.google.com/view/sawcworkshop/agenda/2024-workshop-agenda?authuser=0

6. **Davenport, C.E.**, Idealized Simulations Exploring Environmental Controls on Supercell Longevity. *Southern Appalachian Weather and Climate Workshop*, 21-22 March 2025, Asheville, NC. Abstracts available at: https://sites.google.com/view/sawcworkshop/agenda/2024-workshop-agenda?authuser=0

7. **Davenport, C.E.** and S. Clinton, 2025: Broadening Perspectives and Building Expertise Through the Interdisciplinary Research Experiences and Mentorship in Urban Systems (REMUS) Program. *34th Conference on Education,* 105th American Meteorological Society Annual Meeting, 15.1, AMS, 12 – 16 January 2025, New Orleans, LA. Abstract available at: https://ams.confex.com/ams/105ANNUAL/meetingapp.cgi/Paper/452926

8. **Davenport, C.E.**, 2025: Reducing the Turbulence of Assessment in Atmospheric Dynamics Through Collaborative Quizzes and Exams. *34th Conference on Education,* 105th American Meteorological Society Annual Meeting, 14.2, AMS, 12 – 16 January 2025, New Orleans, LA. Abstract available at: https://ams.confex.com/ams/105ANNUAL/meetingapp.cgi/Paper/451261

9. **Davenport, C.E.**, 2024: Idealized Simulations Exploring Environmental Controls on Supercell Longevity. *31st Conference on Severe Local Storms*, P13, AMS, 21-25 October 2024, Virginia Beach, VA. Abstract available at: https://ams.confex.com/ams/31SLS/meetingapp.cgi/Paper/444556

10. Greco, J.* and **C.E. Davenport**, 2024: Idealized Simulations of Supercell Thunderstorm Interactions Near Stationary Boundaries. *31st Conference on Severe Local Storms*, 4A.3, AMS, 21-25 October 2024, Virginia Beach, VA. Abstract available at: https://ams.confex.com/ams/31SLS/meetingapp.cgi/Paper/444545

11. O'Neill, E.W.*, **C.E. Davenport**, C. Nixon, and J.T. Allen, 2024: The Sensitivity of the Impact of Cell Mergers on Supercell Thunderstorms Before vs. After Sunset. *31st Conference on Severe Local Storms*, P14, AMS, 21-25 October 2024, Virginia Beach, VA. Abstract available at: https://ams.confex.com/ams/31SLS/meetingapp.cgi/Paper/444595

12. Twohey, L.* and **C.E. Davenport**, 2024: The Sensitivity of Supercell Thunderstorm Behavior Near Complex Terrain to Storm Maturity and Approach Angle. *31st Conference on Severe Local Storms*, 10.5, AMS, 21-25 October 2024, Virginia Beach, VA. Abstract available at: https://ams.confex.com/ams/31SLS/meetingapp.cgi/Paper/444519

13. Twohey, L.* and **C.E. Davenport**, 2024: Idealized Simulations of the Effects of Semi-Slip Bottom Boundary Conditions on Supercell Thunderstorms Traversing Complex Terrain. *31st Conference on Severe Local Storms*, P78, AMS, 21-25 October 2024, Virginia Beach, VA. Abstract available at: https://ams.confex.com/ams/31SLS/meetingapp.cgi/Paper/444520

14. Burns, L.* and **C.E. Davenport**, 2024: Characterizing the Growth in Spatial Thinking Skills in Undergraduate Meteorology Students Across the Curriculum. *2024 Earth Educators' Rendezvous*, Philadelphia, PA, 15-19 July 2024. Abstract available at: https://serc.carleton.edu/earth_rendezvous/2024/program/talks/mondayA/283305.html

15. **Davenport, C.E.**, 2024: The Wisdom of the Crowd: Supporting a Highly Collaborative Classroom Environment in Atmospheric Dynamics to Enhance Student Understanding. *2024 Earth Educators' Rendezvous*, P17, Philadelphia, PA, 15-19 July 2024. Abstract available at: https://serc.carleton.edu/earth_rendezvous/2024/program/posters/monday/283254.html

16. Twohey, L.* and **C.E. Davenport**, 2024: The Sensitivity of Supercell Thunderstorm Behavior Near Complex Terrain in the Central and Southern Appalachian Mountains. *Southern Appalachian Weather and Climate Workshop*, 1.2, 22-23 March 2024, Radford, VA. Abstracts available at: https://sites.google.com/view/sawcworkshop/agenda/2024-workshop-agenda?authuser=0

17. Riggin, R.R.*, **C.E. Davenport**, M.D. Eastin, S. Purpura*, K. McKeown*, and B. Katona, 2024: Idealized Simulations of Supercell Thunderstorms Traversing the

Appalachian Mountains. *Southern Appalachian Weather and Climate Workshop*, 1.1, 22-23 March 2024, Radford, VA. Abstracts available at: https://sites.google.com/view/sawcworkshop/agenda/2024-workshop-agenda?authuser=0

18. Greco, J.* and **C.E. Davenport**, 2024: Idealized Simulations of Supercell Thunderstorm Interactions Near Stationary Boundaries. *Southern Appalachian Weather and Climate Workshop*, 22-23 March 2024, Radford, VA. Abstracts available at: https://sites.google.com/view/sawcworkshop/agenda/2024-workshop-agenda?authuser=0

19. O'Neill, E.* and **C.E. Davenport**, 2024:  The Sensitivity of the Impact of Cell Mergers on Supercell Thunderstorms Before vs. After Sunset. *Southern Appalachian Weather and Climate Workshop*, 22-23 March 2024, Radford, VA. Abstracts available at: https://sites.google.com/view/sawcworkshop/agenda/2024-workshop-agenda?authuser=0

20. Decker, L.E.* and **C.E. Davenport**, 2024: Characterizing the Growth in Spatial Thinking Abilities in Undergraduate Meteorology Students Across the Curriculum. *33rd Conference on Education,* 104th American Meteorological Society Annual Meeting, P326, AMS, 28 January – 1 February 2024, Baltimore, MD. Abstract available at: https://ams.confex.com/ams/104ANNUAL/meetingapp.cgi/Paper/439332

21. **Davenport, C.E.**, Z.J. Handlos, and J.A. Knox, 2024: Collaborative Development of Student-Centered Classroom Activities in Beginner Through Advanced Atmospheric Science Courses. *33rd Conference on Education,* 104th American Meteorological Society Annual Meeting, 15.2, AMS, 28 January – 1 February 2024, Baltimore, MD. Abstract available at: https://ams.confex.com/ams/104ANNUAL/meetingapp.cgi/Paper/438227

22. Twohey, L.* and **C.E. Davenport**, 2024: The Sensitivity of Supercell Thunderstorm Behavior Near Complex Terrain in the Central and Southern Appalachians. *23rd Student Conference,* 104th American Meteorological Society Annual Meeting, S186, AMS, 27-28 January 2024, Baltimore, MD. Abstract available at: https://ams.confex.com/ams/104ANNUAL/meetingapp.cgi/Paper/440553

23. Greco, J.* and **C.E. Davenport**, 2024: Idealized Simulations of Supercell Thunderstorm Interactions Near Stationary Boundaries. *23rd Student Conference,* 104th American Meteorological Society Annual Meeting, S187, AMS, 27-28 January 2024, Baltimore, MD. Abstract available at: https://ams.confex.com/ams/104ANNUAL/meetingapp.cgi/Paper/440383

24. Riggin, R.R*, **C.E. Davenport**, M.D. Eastin, K.E. McKeown*, S.M. Purpura*, and B.T. Katona, 2023: Characteristics and Evolution of Supercell Thunderstorms in

the Central and Southern Appalachian Mountains. *Mid-Atlantic Severe Weather Conference*, 4 November 2023, Richmond, VA.

25. **Davenport, C.E.**, 2023: The Role of Mesoscale Environmental Variability in Determining Supercell Evolution. *20th Conference on Mesoscale Processes*, American Meteorological Society, 17-21 July 2023, Madison, WI. Abstract available at: https://ams.confex.com/ams/WAFNWPMS/meetingapp.cgi/Paper/425043

26. Decker, L.E.*, and **C.E. Davenport**, 2023: Characterizing the Growth in Spatial Thinking Abilities in Meteorology Students Across the Curriculum. *2023 Earth Educators' Rendezvous*, Pasadena, CA, 10-14 July. Abstract available at: https://serc.carleton.edu/earth_rendezvous/2023/program/posters/friday/263243.html

27. **Davenport, C.E.**, 2023: Idealized Simulations of Changes in Supercell Morphology Following the Nocturnal Transition. *Southern Appalachian Weather and Climate Workshop*, Asheville, NC, 14-15 April. Abstracts available at: https://sites.google.com/view/sawcworkshop/abstracts

28. Greco, J.*, and **C.E. Davenport**, 2023: Idealized Simulation of Supercell Thunderstorm Interactions Near Stationary Boundaries. *Southern Appalachian Weather and Climate Workshop*, Asheville, NC, 14-15 April. Abstracts available at: https://sites.google.com/view/sawcworkshop/abstracts

29. Riggin, R.*, **C.E. Davenport**, M. Eastin, S. Purpura*, K. McKeown*, and B. Katona, 2023: Idealized Supercell Thunderstorms Interacting with the Appalachian Mountains. *Southern Appalachian Weather and Climate Workshop*, Asheville, NC, 14-15 April. Abstracts available at: https://sites.google.com/view/sawcworkshop/abstracts

30. Twohey, L.*, and **C.E. Davenport**, 2023: Evaluating the Sensitivity of Supercell Thunderstorm Behavior near Complex Terrain in the Central and Southern Appalachians Using Idealized Simulations. *Southern Appalachian Weather and Climate Workshop*, Asheville, NC, 14-15 April. Abstracts available at: https://sites.google.com/view/sawcworkshop/abstracts

31. Barlow, M., **C.E. Davenport**, W.J. Flynn, Z.J. Handlos, A.M. Klees, and E.D. Mullens, 2023: What Does a Modern Atmospheric Dynamics Course Look Like? Part II: Curricula and Assessments. *32nd Conference on Education*, American Meteorological Society Annual Meeting, 6.2, AMS, 8-12 January 2023, Denver, CO. Abstract available at: https://ams.confex.com/ams/103ANNUAL/meetingapp.cgi/Paper/421240

32. Barlow, M., **C.E. Davenport**, W.J. Flynn, Z.J. Handlos, A.M. Klees, and E.D. Mullens, 2023: What Does a Modern Atmospheric Dynamics Course Look Like? Part I: Course Content. *32nd Conference on Education*, American Meteorological Society

Annual Meeting, 6.2A, AMS, 8-12 January 2023, Denver, CO. Abstract available at: https://ams.confex.com/ams/103ANNUAL/meetingapp.cgi/Paper/420276

33. **Davenport, C.E.**, Z.J. Handlos, and J. A. Knox, 2023: Building a Community of Atmospheric Dynamics Educators to Effect Positive Change in Instruction. *32nd Conference on Education*, American Meteorological Society Annual Meeting, 15.2, AMS, 8-12 January 2023, Denver, CO. Abstract available at: https://ams.confex.com/ams/103ANNUAL/meetingapp.cgi/Paper/418316

34. Decker, L.* and **C.E. Davenport**, 2023: Quantifying Spatial Thinking Abilities in Meteorology Students Across the Curriculum. *32nd Conference on Education*, American Meteorological Society Annual Meeting, poster 69, AMS, 8-12 January 2023, Denver, CO. Abstract available at: https://ams.confex.com/ams/103ANNUAL/meetingapp.cgi/Paper/414912

35. Coffer, B.E., M.D. Parker, and **C.E. Davenport**, 2022: How Quickly Do Supercell Low-Level Mesocyclones Respond to Changes in Their Environment? *30th Conference on Severe Local Storms*, poster 64, AMS, 24-28 October 2022, Santa Fe, NM. Abstract available at: https://ams.confex.com/ams/30SLS/meetingapp.cgi/Paper/407119

36. Riggin, R.R.*, **C.E. Davenport**, M.D. Eastin, K.E. McKeown*, S.M. Purpura*, and B. Katona, 2022: Idealized Simulations of Supercells Thunderstorms Interacting with the Appalachian Mountains. *30th Conference on Severe Local Storms*, poster 74, AMS, 24-28 October 2022, Santa Fe, NM. Abstract available at: https://ams.confex.com/ams/30SLS/meetingapp.cgi/Paper/407306

37. Eastin, M.D., S.M. Purpura*, K.E. McKeown*, R.R. Riggin*, and **C.E. Davenport**, 2022: Synoptic-Mesoscale Conditions Associated with Supercells That Cross the Central and Southern Appalachians. *30th Conference on Severe Local Storms*, poster 73, AMS, 24-28 October 2022, Santa Fe, NM. Abstract available at: https://ams.confex.com/ams/30SLS/meetingapp.cgi/Paper/407329

38. Eastin, M.D., K.E. McKeown*, S.M. Purpura*, R.R. Riggin*, and **C.E. Davenport**, 2022: Radar-based Evolution of Supercells crossing Prominent Ridges in the Central and Southern Appalachians. *30th Conference on Severe Local Storms*, poster 72, AMS, 24-28 October 2022, Santa Fe, NM. Abstract available at: https://ams.confex.com/ams/30SLS/meetingapp.cgi/Paper/407333

39. Decker, L.* and **C.E. Davenport**, 2022: Quantifying Spatial Thinking Abilities in Meteorology Students Across the Curriculum. *Earth Educators' Rendezvous*, National Association of Geoscience Teachers, Twin Cities, MN, 11-15 July 2022. Abstract available at: https://serc.carleton.edu/earth_rendezvous/2022/program/posters/friday/249481.html

40. Greco, J.* and **C.E. Davenport**, 2022: Comparing High-Shear, Low-CAPE Supercell Weather Events in the Southeastern United States *vs.* the Great Plains. *UNC Charlotte Undergraduate Research Conference*, Charlotte, NC.

41. Riggin, R.*, **C.E. Davenport**, and M.D. Eastin, 2022: A Numerical Study Investigating Idealized Supercell Thunderstorms Interacting with the Appalachian Mountains. *Southern Appalachian Weather and Climate Workshop*, Asheville, NC, 25-26 March. Abstracts available at: https://vlab.noaa.gov/web/southern-appalachian-weather-and-climate-workshop/poster-presenter-abstracts

42. **Davenport, C.E.**, 2022: Environmental Evolution of Long-Lived Supercells in the Great Plains. *Southern Appalachian Weather and Climate Workshop*, Asheville, NC, 25-26 March. Abstracts available at: https://vlab.noaa.gov/web/southern-appalachian-weather-and-climate-workshop/oral-presenter-abstracts

43. **Davenport, C.E.**, 2022: Environmental Evolution of Long-Lived Supercells in the Great Plains. *19th Conference on Mesoscale Processes, 102nd Annual Meeting of the American Meteorological Society (virtual)*, American Meteorological Society, 23-27 January. Abstract available at: https://ams.confex.com/ams/102ANNUAL/meetingapp.cgi/Paper/392731.

44. **Davenport, C.E.**, 2022: The Benefits and Challenges of Paired Programming in a Meteorological Computer Applications Course. *31st Conference on Education, 102nd Annual Meeting of the American Meteorological Society (virtual)*, American Meteorological Society, 23-27 January. Abstract available at: https://ams.confex.com/ams/102ANNUAL/meetingapp.cgi/Paper/392743.

45. Barlow, M., **C.E. Davenport**, W.J. Flynn, Z.J. Handlos, A.M. Klees, and E. Mullens, 2022: How Can We Make Teaching Atmospheric Dynamics More Dynamic? *31st Conference on Education, 102nd Annual Meeting of the American Meteorological Society (virtual)*, American Meteorological Society, 23-27 January. Abstract available at: https://ams.confex.com/ams/102ANNUAL/meetingapp.cgi/Paper/398880.

46. Eastin, M.D., K.E. McKeown*, S.M. Purpura*, R. Riggin*, and **C.E. Davenport**, 2022: Radar-Based Evolution of Supercells Crossing Prominent Ridges in the Central and Southern Appalachians. *19th Conference on Mesoscale Processes, 102nd Annual Meeting of the American Meteorological Society (virtual)*, American Meteorological Society, 23-27 January, Poster 558. Abstract available at: https://ams.confex.com/ams/102ANNUAL/meetingapp.cgi/Paper/390963.

47. Eastin, M.D., S.M. Purpura*, K.E. McKeown*, R. Riggin*, and **C.E. Davenport**, 2022: Synoptic-Mesoscale Conditions Associated with Supercells that Cross the

Central and Southern Appalachians. *19th Conference on Mesoscale Processes, 102nd Annual Meeting of the American Meteorological Society (virtual)*, American Meteorological Society, 23-27 January, Poster 559. Abstract available at: https://ams.confex.com/ams/102ANNUAL/meetingapp.cgi/Paper/390965.

48. Riggin, R.*, **C.E. Davenport**, Eastin, M.D., S.M. Purpura*, and K.E. McKeown*, 2022: A Numerical Study Investigating Idealized Supercell Thunderstorms Interacting with the Appalachian Mountains. *19th Conference on Mesoscale Processes, 102nd Annual Meeting of the American Meteorological Society (virtual)*, American Meteorological Society, 23-27 January, Poster 562. Abstract available at: https://ams.confex.com/ams/102ANNUAL/meetingapp.cgi/Paper/392794.

49. Brown, M.C., C.J. Nowotarski, **C.E. Davenport**, J.M. Peters, 2022: Impacts of the Early Evening Transition on Updraft Forcing and Evolution in Idealized Simulations of High-Shear, Low-CAPE Supercells. *19th Conference on Mesoscale Processes, 102nd Annual Meeting of the American Meteorological Society (virtual)*, American Meteorological Society, 23-27 January, Poster 561. Abstract available at https://ams.confex.com/ams/102ANNUAL/meetingapp.cgi/Paper/392600.

50. Riggin, R.*, **C.E. Davenport**, and M.D. Eastin, 2021: A Numerical Study Investigating Idealized Supercell Thunderstorms Interacting with the Appalachian Mountains. *Student and Early Career Scientist Virtual Severe Local Storms Conference*, American Meteorological Society, 4-5 November 2021.

51. McKeown, K.*, **C.E. Davenport**, S. Purpura*, and M.D. Eastin, 2021: Radar Characteristics of Observed Supercell Thunderstorms Interacting with the Appalachian Mountains. *National Weather Association Annual Meeting,* National Weather Association, Paper 118. Abstract available at: https://nwas.org/wp-content/uploads/2021/07/NWA-46th-Annual-Meeting-Poster-Presentation-Abstracts-2.pdf

52. Purpura, S.*, **C.E. Davenport**, K. McKeown*, and M.D. Eastin, 2021: Environmental Evolution of Supercells Interacting with the Appalachian Mountains. *A National Weather Association Annual Meeting,* National Weather Association, Paper 136. Abstract available at: https://nwas.org/wp-content/uploads/2021/07/NWA-46th-Annual-Meeting-Poster-Presentation-Abstracts-2.pdf

53. Riggin, R.*, **C.E. Davenport**, and M.D. Eastin, 2021: Idealized Simulations of Supercell Thunderstorms Interacting with the Appalachian Mountains. *National Weather Association Annual Meeting,* National Weather Association, Paper 138. Abstract available at: https://nwas.org/wp-content/uploads/2021/07/NWA-46th-Annual-Meeting-Poster-Presentation-Abstracts-2.pdf

54. Hochstatter, L.N.* and **C.E. Davenport**, 2021: The Temporal Evolution of Tornadic vs. Non-Tornadic High Shear Low CAPE Environments. *National Weather Association Annual Meeting,* National Weather Association, Paper 78. Abstract available at: https://nwas.org/wp-content/uploads/2021/07/NWA-46th-Annual-Meeting-Poster-Presentation-Abstracts-2.pdf

55. Handlos, Z., **C.E. Davenport**, and D. Kopacz, 2021: The State of Active Learning in the Atmospheric Sciences: Strategies Instructors Use and Directions for Future Research. *Earth Educators' Rendezvous 2021 (virtual)*, National Association of Geoscience Teachers. Abstract available at: https://serc.carleton.edu/earth_rendezvous/2021/program/talks/session6/242648.html.

56. **Davenport, C.E.**, 2021: Incorporating Pair Programming in a Meteorological Computer Applications Course. *Earth Educators' Rendezvous 2021 (virtual)*, National Association of Geoscience Teachers. Abstract available at: https://serc.carleton.edu/earth_rendezvous/2021/program/posters/wednesday/session1/242737.html.

57. Decker, L.* and **C.E. Davenport**, 2021: Case Study of the EF-4 Tornado Produced in the 2 March 2012 Tornado Outbreak. *UNC Charlotte Undergraduate Research Conference*, Charlotte, NC.

58. Hochstatter, L.* and **C.E. Davenport**, 2021: The Temporal Evolution of Tornadic vs. Non-tornadic HSLC Environments. *20th Annual Student Conference, 101st American Meteorological Society Annual Meeting*, American Meteorological Society, Paper #111. Abstract available at: https://ams.confex.com/ams/101ANNUAL/meetingapp.cgi/Paper/385213.

59. McKeown, K.E.*, **C.E. Davenport**, S.M. Purpura*, and M.D. Eastin, 2021: Radar Characteristics of Observed Supercell Thunderstorms Interacting with the Appalachian Mountains. *20th Annual Student Conference, 101st American Meteorological Society Annual Meeting*, American Meteorological Society, Paper #109. Abstract available at: https://ams.confex.com/ams/101ANNUAL/meetingapp.cgi/Paper/385001.

60. Purpura, S.M.*, **C.E. Davenport**, K.E. McKeown*, and M.D. Eastin, 2021: Environmental Evolution of Supercells Interacting with the Appalachian Mountains. *20th Annual Student Conference, 101st American Meteorological Society Annual Meeting*, American Meteorological Society, Paper #110. Abstract available at: https://ams.confex.com/ams/101ANNUAL/meetingapp.cgi/Paper/385061.

*Casey E. Davenport: Curriculum Vitae (August 2025)* *13*

61. Handlos, Z., **C.E. Davenport**, and D. Kopacz, 2021: The "State" of Active Learning Implementation in the Atmospheric Sciences: What Strategies Do Instructors Use and What Can We Do to Improve?" *30th Conference on Education, 101st American Meteorological Society Annual Meeting (Virtual)*, American Meteorological Society, Paper 13.6. Abstract available at: https://ams.confex.com/ams/101ANNUAL/meetingapp.cgi/Paper/382056.

62. **Davenport, C.E.** and M. Gropp*, 2020: "Comparing Idealized Simulations of Supercell Thunderstorms in Current vs. "Business as Usual" Future Environments. *American Geophysical Union Fall Meeting (Virtual),* American Geophysical Union, Paper A160-03. Abstract available at: https://agu.confex.com/agu/fm20/meetingapp.cgi/Paper/661446.

63. Hochstatter, L.* and **C.E. Davenport**, 2020: The Temporal Evolution of Severe vs. Non-Severe High Shear Low CAPE Environments. *American Geophysical Union Fall Meeting (Virtual),* American Geophysical Union, Paper A121-0008. Abstract available at: https://agu.confex.com/agu/fm20/meetingapp.cgi/Paper/684653.

64. McKeown, K.*, **C.E. Davenport**, S. Purpura*, and M.D. Eastin, 2020: Radar Characteristics of Observed Supercell Thunderstorms Interacting with the Appalachian Mountains. *American Geophysical Union Fall Meeting (Virtual),* American Geophysical Union, Paper A122-0008. Abstract available at: https://agu.confex.com/agu/fm20/meetingapp.cgi/Paper/696847.

65. Purpura, S.*, **C.E. Davenport**, K. McKeown*, and M.D. Eastin, 2020: Environmental Evolution of Supercells Interacting with the Appalachian Mountains. *American Geophysical Union Fall Meeting (Virtual),* American Geophysical Union, Paper A122-0009. Abstract available at: https://agu.confex.com/agu/fm20/meetingapp.cgi/Paper/697825.

66. McKeown, K.E.*, **C.E. Davenport**, S.M. Purpura*, and M.D. Eastin, 2020: Radar Characteristics of Observed Supercell Thunderstorms Interacting with the Appalachian Mountains. *Midwest Student Conference on Atmospheric Research (Virtual)*, University of Illinois Urbana-Champaign Department of Atmospheric Sciences. Program booklet available at https://atmos.illinois.edu/system/files/2020-09/FULL_PROGRAM_MSCAR2020_6.pdf.

67. Purpura, S.M.*, **C.E. Davenport**, K.E. McKeown*, and M.D. Eastin, 2020: Environmental Evolution of Supercells Interacting with the Appalachian Mountains. *Midwest Student Conference on Atmospheric Research (Virtual)*, University of Illinois Urbana-Champaign Department of Atmospheric Sciences. Program booklet available at https://atmos.illinois.edu/system/files/2020-09/FULL_PROGRAM_MSCAR2020_6.pdf.

*Casey E. Davenport: Curriculum Vitae (August 2025)* *14*

68. **Davenport, C.E.**, Z.J. Handlos, and D. Kopacz, 2020: Characterizing Instructional Strategies within Atmospheric Science Courses. *Annual Meeting of the North Carolina Academy of Sciences*. Presentation fully prepared but not presented due to COVID-related issues.

69. Handlos, Z., **C.E. Davenport**, and D. Kopacz, 2020: Characterizing Instructional Strategies within Atmospheric Science Courses. *29th Conference on Education, 100th American Meteorological Society Annual Meeting*, Boston, MA, American Meteorological Society, Paper 2.5. Extended abstract available at https://ams.confex.com/ams/2020Annual/meetingapp.cgi/Paper/366986.

70. Gropp, M.* and **C.E. Davenport**, 2020: The Impacts of "Business as Usual" Climate Change on Supercell Thunderstorms. *Severe Local Storms Symposium, 100th American Meteorological Society Annual Meeting*, Boston, MA, American Meteorological Society, Paper 2.6. Extended abstract available at https://ams.confex.com/ams/2020Annual/meetingapp.cgi/Paper/367204.

71. Ising, J.* and **C.E. Davenport**, 2019: Terrain Influence on Supercell Thunderstorms within the Appalachian Mountains. *UNC Charlotte Undergraduate Research Conference*, Charlotte, NC.

72. Gropp, M.E.* and **C.E. Davenport**, 2019: Storm-Scale Impacts of "Business as Usual" Climate Change on Supercell Thunderstorms. *Earth System Observations and Modeling Graduate Symposium*, Fairfax, VA, Center for Ocean-Land-Atmosphere Studies, George Mason University.

73. **Davenport, C.E.**, 2019: Engaging Students with Theory and Real-World Data to Enhance Learning through Worked Examples. *28th Symposium on Education, 99th American Meteorological Society Annual Meeting*, Phoenix, AZ, American Meteorological Society, Paper 1.6. Extended abstract available at https://ams.confex.com/ams/2019Annual/meetingapp.cgi/Paper/350918.

74. **Davenport, C.E.**, 2018: Environmental Evolution of Long-Lived Supercells. *29th Conference on Severe Local Storms*, Stowe, VT, American Meteorological Society, Paper 8.2. Extended abstract available at https://ams.confex.com/ams/29SLS/meetingapp.cgi/Paper/348358.

75. Gropp, M.E.* and **C.E. Davenport**, 2018: A Python-Based Tracking Algorithm for Coarse Temporal Resolution WRF-Simulated Supercells. *29th Conference on Severe Local Storms*, Stowe, VT, American Meteorological Society, Paper 130. Extended abstract available at https://ams.confex.com/ams/29SLS/meetingapp.cgi/Paper/348476.

76. Mansfield, A.D.* and **C.E. Davenport**, 2018: The Temporal Evolution of Tornadic and Non-Tornadic VORTEX2 Environments. *29th Conference on Severe Local*

*Storms*, Stowe, VT, American Meteorological Society, Paper 59. Extended abstract available at https://ams.confex.com/ams/29SLS/meetingapp.cgi/Paper/348605.

77. Sirico, R.A.* and **C.E. Davenport**, 2018: Assessing Spatial and Temporal Changes in the Environment on the Evolution of Convection in a High Shear, Low Instability Event in North Carolina. *UNC Charlotte Undergraduate Research Conference*, Charlotte, NC.

78. **Davenport, C.E.**, 2018: Using Worked Examples in an Upper-Level Meteorology Class to Enhance Student Learning. *114th Annual Meeting of the North Carolina Academy of Science*, Raleigh, NC, North Carolina Academy of Science. Meeting website: https://www.waketech.edu/about-wake-tech/divisions/mathematics-sciences-engineering/ncas.

79. **Davenport, C.E.** and A.J. French, 2018: The Fundamentals in Meteorology Inventory: Results from the Development of a New Meteorology Education Tool. *27th Symposium on Education, 98th American Meteorological Society Annual Meeting*, Austin, TX, American Meteorological Society, Paper 5.5. Extended abstract available at https://ams.confex.com/ams/98Annual/webprogram/Paper328680.html.

80. **Davenport, C.E.**, 2018: Using Worked Examples to Teach Atmospheric Dynamics. *27th Symposium on Education, 98th American Meteorological Society Annual Meeting*, Austin, TX, American Meteorological Society, Paper 8.8. Extended abstract available at https://ams.confex.com/ams/98Annual/webprogram/Paper328667.html.

81. **Davenport, C.E.**, M.I. Biggerstaff, and C.L. Ziegler, 2017: Qualitative and Quantitative Comparisons of a Base-State Substitution Simulation with Dual-Doppler Observations of the 29 May 2012 Kingfisher Supercell. *17th Conference on Mesoscale Processes*, San Diego, CA, American Meteorological Society, Paper 10.1. Extended abstract available at https://ams.confex.com/ams/17MESO/webprogram/Paper319728.html.

82. Gropp, M.* and **C.E. Davenport**, 2017: Assessing the Impact of the Evening Transition on the Evolution and Lifetime of Supercell Thunderstorms in the Great Plains. *17th Conference on Mesoscale Processes*, San Diego, CA, American Meteorological Society, Paper 46. Extended abstract available at https://ams.confex.com/ams/17MESO/webprogram/Paper319916.html.

83. Ledbetter, C.J.* and **C.E. Davenport**, 2017: Analyzing Supercell Intensity Changes in a Heterogeneous Environment in the VORTEX2 Supercell Pair in Southeastern Colorado on 11 June 2009. *17th Conference on Mesoscale Processes*, San Diego, CA,

American Meteorological Society, Paper 45. Extended abstract available at https://ams.confex.com/ams/17MESO/webprogram/Paper319804.html.

84. Magee, K.M.* and **C.E. Davenport**, 2017: An Observational Study on Quantifying the Distance to Supercell-Boundary Interactions in the Great Plains. *17th Conference on Mesoscale Processes*, San Diego, CA, American Meteorological Society, Paper 38. Extended abstract available at https://ams.confex.com/ams/17MESO/webprogram/Paper319834.html.

85. **Davenport, C.E.**, 2017: The Fundamentals in Meteorology Inventory: Results from the Development of a New Meteorology Education Tool. *114th Annual Meeting of the North Carolina Academy of Science*, High Point, NC, North Carolina Academy of Science. Abstract available at http://www.highpoint.edu/ncas2017/files/2017/03/book-of-abstracts.pdf.

86. **Davenport, C.E.**, M.I. Biggerstaff, and C.L. Ziegler, 2016: Assessment of the Base-State Substitution Idealized Modeling Technique. *28th Conference on Severe Local Storms*, Portland, OR, American Meteorological Society, Paper 129. Extended abstract available at https://ams.confex.com/ams/28SLS/webprogram/Paper300698.html.

87. Gropp, M.* and **C.E. Davenport**, 2016: Assessing the Impact of the Nocturnal Transition on the Lifetime and Evolution of Supercell Thunderstorms in the Great Plains. *28th Conference on Severe Local Storms*, Portland, OR, American Meteorological Society, Paper 32. Extended abstract available at https://ams.confex.com/ams/28SLS/webprogram/Paper300965.html.

88. Magee, K.M.* and **C.E. Davenport**, 2016: Quantifying the Distance to Supercell-Boundary Interactions. *28th Conference on Severe Local Storms*, Portland, OR, American Meteorological Society, Paper 33. Extended abstract available at https://ams.confex.com/ams/28SLS/webprogram/Paper300810.html.

89. Bunker, E.*, C. Ledbetter*, **C.E. Davenport**, and M.D. Eastin, 2016: The Interaction of Supercell Thunderstorms with the Appalachian Mountains. *UNC Charlotte Undergraduate Research Conference*, Charlotte, NC.

90. **Davenport, C.E.**, 2016: Using Worked Examples to Improve Student Understanding and Problem-Solving Skills. *25th Symposium on Education, 96th American Meteorological Society Annual Meeting*, New Orleans, LA, American Meteorological Society, Paper 6.7. Extended abstract available at https://ams.confex.com/ams/96Annual/webprogram/Paper280167.html.

91. **Davenport, C.E.**, 2015: Addressing the Efficacy of the Base-State Substitution Technique: A Comparison of Simulations. *16th Conference on Mesoscale Processes*, Boston, MA, American Meteorological Society, Paper 25. Extended abstract

*Casey E. Davenport: Curriculum Vitae (August 2025)*         *17*

available at
https://ams.confex.com/ams/16Meso/webprogram/Paper274326.html.

92. Ledbetter, C.*, E. Bunker*, **C.E. Davenport**, and B.I. Magi, 2015: Arduino Weather Station. *UNC Charlotte Undergraduate Research Conference*, Charlotte, NC.

93. **Davenport, C.E.**, A.J. French, T.L. Koehler, and D.R. Vollmer, 2015: The Fundamentals in Meteorology Inventory: Motivation and Development of a New Meteorology Education Tool. *24th Symposium on Education, 95th American Meteorological Society Annual Meeting*, Phoenix, AZ, American Meteorological Society, Paper 7.2. Extended abstract available at
https://ams.confex.com/ams/95Annual/webprogram/Paper258622.html.

Grants Awarded

*External*

1. **REU Site: Research Experiences and Mentorship in Urban Systems (REMUS)**
   National Science Foundation ($426,730)
   September 2023 – August 2026
   Principal Investigators: S. Clinton (UNC Charlotte) and **C.E. Davenport**

2. **Characteristics and Evolution of Observed and Simulated Supercell Thunderstorms in the Central and Southern Appalachians**
   National Oceanic and Atmospheric Administration: Collaborative Science, Technology, and Applied Research ($429,089)
   June 2019—May 2024
   Principal Investigators: **C.E. Davenport** and M. Eastin (UNC Charlotte)

*Internal*

1. **Evaluating the Sensitivity of Supercell Thunderstorm Behavior Near Complex Terrain Using Idealized Simulations**
   UNC Charlotte Faculty Research Grant ($8,000)
   July 2023 – June 2024
   Principal Investigator: **C.E. Davenport**

2. **Characterizing the Growth of Spatial Thinking Abilities Across Meteorology Courses**
   UNC Charlotte Scholarship of Teaching and Learning Grant ($10,090)
   January 2022 – June 2023

Principal Investigator: **C.E. Davenport**

3. **Quantifying the Impact of Climate Change on the Characteristics and Local Environments of Supercell Thunderstorms**
   UNC Charlotte Faculty Research Grant ($8,000)
   January 2019 – May 2020
   Principal Investigator: **C.E. Davenport**

4. **Using Worked Examples to Enhance Learning in an Upper-Level Meteorology Course**
   UNC Charlotte Scholarship of Teaching and Learning Grant ($8,700)
   January 2018 – May 2019
   Principal Investigator: **C.E. Davenport**

5. **Measuring Thunderstorm Environment Variability in North Carolina**
   UNC Charlotte Faculty Research Grant ($5,814)
   January 2015 – May 2016
   Principal Investigator: **C.E. Davenport**

## TEACHING & INSTRUCTIONAL ACTIVITY_____

Courses Taught (UNC Charlotte only)

| Semester | Course Title | Course Number | Enrollment |
|---|---|---|---|
| Spring 2025 | Dynamic Meteorology I (3 cr) | METR 3250 | 13 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4105 | 17 undergrad |
| Fall 2024 | Meteorology First-Year Seminar (1 cr) | METR 1600 | 25 undergrad |
| | Advanced Dynamic Meteorology (3 cr) | METR 4250/ESCI 5250 | 17 undergrad |
| | Teaching & Learning in the Geosciences (3 cr) | ESCI 6130/GEOG 8130/INES 8130 | 9 grad |
| Spring 2024 | Dynamic Meteorology I (3 cr) | METR 3250 | 16 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4105/ESCI 5105 | 17 undergrad/1 grad |
| Fall 2023 | Advanced Dynamic Meteorology (3 cr) | METR 4250/ESCI 5250 | 15 undergrad |
| | Numerical Modeling of the Earth System (3 cr) | ESCI 6120/INES 8120 | 6 grad |
| | Independent Study (1 cr) | METR 4800 | 1 undergrad |
| Spring 2023 | Dynamic Meteorology I (3 cr) | METR 3250 | 18 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4105/ESCI 5105 | 14 undergrad |
| | Independent Study (3 cr) | GEOG 8005 | 1 grad |
| Fall 2022 | Advanced Dynamic Meteorology (3 cr) | METR 4250/ESCI 5250 | 10 undergrad |
| | Teaching & Learning in the Geosciences (3 cr) | ESCI 6000/GEOG 6005/GEOG 8005 | 8 grad |
| Spring 2022 | Dynamic Meteorology I (3 cr) | METR 3250 | 13 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4105/ESCI 5105 | 16 undergrad |
| | Independent Study (1 cr) | METR 4800 | 1 undergrad |

*Casey E. Davenport: Curriculum Vitae (August 2025)* 19

| | | | |
|---|---|---|---|
| Fall 2021 | Advanced Dynamic Meteorology (3 cr) | METR 4250/ESCI 5250 | 9 undergrad |
| | Numerical Modeling of the Earth System (3 cr) | ESCI 6120/INES 8090 | 7 grad |
| | Independent Study (1 cr) | METR 4800 | 1 undergrad |
| Spring 2021 | Dynamic Meteorology I (3 cr) | METR 3250 | 12 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4105/ESCI 5105 | 16 undergrad/1 grad |
| | Independent Study (3 cr) | METR 4800 | 1 undergrad |
| Fall 2020 | Advanced Dynamic Meteorology (3 cr) | METR 4250/ESCI 5250 | 10 undergrad/2 grad |
| | Numerical Modeling of the Earth System (3 cr) | ESCI 6120/INES 8090 | 8 grad |
| Spring 2020 | Dynamic Meteorology I (3 cr) | METR 3250 | 11 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4105/ESCI 5105 | 15 undergrad/3 grad |
| Fall 2019 | *On Leave* | | |
| Spring 2019 | Dynamic Meteorology I (3 cr) | METR 3250 | 8 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4105/ESCI 5105 | 15 undergrad/4 grad |
| | Independent Study (3 cr) | METR 4800 | 1 undergrad |
| Fall 2018 | *On Leave* | | |
| Spring 2018 | Dynamic Meteorology I (3 cr) | METR 3250 | 15 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4105/ESCI 5105 | 15 undergrad/2 grad |
| | Independent Study (3 cr) | METR 4800 | 1 undergrad |
| Fall 2017 | Advanced Dynamic Meteorology (3 cr) | METR 4250 | 7 undergrad |
| | Numerical Modeling of the Earth System (3 cr) | ESCI 6000/INES 8090 | 5 grad |
| | Independent Study (3 cr) | METR 4800 | 1 undergrad |
| Spring 2017 | Dynamic Meteorology I (3 cr) | METR 3250 | 10 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4105/ESCI 5105 | 15 undergrad |
| Fall 2016 | *On Leave* | | |
| Spring 2016 | Dynamic Meteorology I (3 cr) | METR 3250 | 14 undergrad |
| | Meteorological Computer Applications (3 cr) | METR 4000/ESCI 5000 | 10 undergrad/3 grad |
| | Independent Study (3 cr) | METR 4800 | 1 undergrad |
| Fall 2015 | Advanced Dynamic Meteorology (3 cr) | METR 4250 | 14 undergrad |
| | Numerical Modeling of the Earth System (3 cr) | ESCI 6000/INES 8090 | 6 grad |
| Spring 2015 | Dynamic Meteorology I (4 cr) | METR 3250 | 16 undergrad |
| | Independent Study (1 cr) | METR 4800 | 1 undergrad |
| Fall 2014 | Advanced Dynamic Meteorology (3 cr) | METR 4250 | 8 undergrad |

## Students Advised

### *In Progress*

#### Advisor

1. Logan Twohey, Ph.D. Geography, Fall 2022 – present.
   *Dissertation: "The Sensitivity of Supercell Thunderstorm Behavior During Traversal over the Appalachian Mountains Using Idealized Simulations"*

2. Roger Riggin, Ph.D. Infrastructure and Environmental Systems, Fall 2023 – present.
   *Dissertation topic: "Thunderstorm Evolution Near the Chesapeake Bay"*

3. Jasen Greco, Ph.D. Geography, Fall 2024 – present.
   *Dissertation topic: "Anticipating Supercell Hazards Associated with Surface Boundary Interaction"*

4.  Lauren Burns, Ph.D. Geography, Fall 2024 – present.
    *Dissertation topic: "Spatial Thinking in Undergraduate Meteorology Students"*

5.  Eli Blackwelder, M.S. Earth Sciences, Fall 2025 – present.
    *Thesis: "A Longitudinal Analysis of Self-Efficacy in Undergraduate Meteorology Majors"*

Committee Member

1.  Amit Kumar, Ph.D. Infrastructure and Environmental Systems (O. Shogli, Committee Chair)

2.  Aaron Zeeb, Ph.D. Earth and Ecosystem Science (J. Allen, Committee Chair, Central Michigan University)


***Completed***

Advisor

1.  Matthew Gropp, Ph.D. Infrastructure and Environmental Systems, Fall 2017 – Spring 2025.
    *Dissertation: "The Characteristics and Environments of Future Supercell Thunderstorms in the Great Plains"*

2.  Ethan O'Neill, M.S. Earth Sciences, Fall 2023 – Spring 2025.
    *Thesis: "The Sensitivity of the Impact of Cell Mergers on Supercell Thunderstorms Before vs. After Sunset"*

3.  Jasen Greco, M.S. Earth Sciences, Fall 2022 – Summer 2024.
    *Thesis: "Idealized Simulations of Supercells Interacting with Stationary Boundaries"*

4.  Olivia Massey, Independent study, B.S. Meteorology, Fall 2023.
    *Topic: "Environmental Evolution of the 15 March 2008 Long-Lived Supercell"*

5.  Lauren Decker, M.S. Earth Sciences, Fall 2021 – Spring 2023.
    *Thesis: "Characterizing the Growth in Spatial Thinking Abilities in Meteorology Students Across the Curriculum"*

6.  Roger Riggin, M.S. Earth Sciences, Fall 2020 – Fall 2022.
    *Thesis: "Idealized Simulations of Supercell Thunderstorms Interacting with the Appalachian Mountains"*

7.  Jasen Greco, Independent study, B.S. Meteorology, Spring 2022.
    *Topic: "Comparison of High-Shear, Low-CAPE Severe Events in the Great Plains and Southeastern U.S.*

8. Jasen Greco, Independent study, B.S. Meteorology, Fall 2021.
   *Topic: "Case Study of the 6 February 2020 Charlotte Region Tornadoes"*

9. Lauren Decker, Independent study, B.S. Meteorology, Spring 2021.
   *Topic: "Case Study of the 2 March 2012 Southern Indiana Tornado Outbreak"*

10. Lindsay Hochstatter, M.S. Earth Sciences, Fall 2019 – Spring 2021.
    *Thesis: "The Temporal Evolution of Tornadic vs. Non-Tornadic High Shear Low CAPE Environments"*

11. Katie McKeown, M.S. Earth Sciences, Fall 2019 – Spring 2021.
    *Thesis: "Radar Characteristics of Observed Supercell Thunderstorms Interacting with the Appalachian Mountains"*

12. Sarah Purpura, M.S. Earth Sciences, Fall 2019 – Spring 2021.
    *Thesis: "Environmental Evolution of Supercells Interacting with the Appalachian Mountains"*

13. Luke Rosamond, B.S. Meteorology, Summer 2020.
    *Topic: "Evaluation of Tornadoes in Hurricane Dorian"*

14. Richard Sirico, M.S. Earth Sciences, Fall 2018 – Spring 2020.
    *Thesis: "Investigation of the Environmental Influences Related to the Precipitation Structure of Supercell Thunderstorms and Their Evolution"*

15. Austin Mansfield, M.S. Earth Sciences, Fall 2017 – Spring 2019.
    *Thesis: "The Temporal Evolution of Tornadic and Non-tornadic VORTEX2 Near-storm Environments"*

16. Jan Ising, Honors Thesis, B.S. Meteorology, Fall 2018 – Spring 2019.
    *Thesis: "Investigating Causes for Crossing Potential of Supercell Thunderstorms Within the Appalachian Mountains"*

17. Cody Ledbetter, M.S. Earth Sciences, Fall 2016 – Fall 2018.
    *Thesis: "Analyzing Supercell Intensity Changes in a Heterogeneous Environment in the VORTEX2 Supercell Pair in Southeastern Colorado on 11 June 2009"*

18. Kathleen Magee, M.S. Earth Sciences, Fall 2015 – Spring 2017.
    *Thesis: "An Observational Study on Quantifying the Distance of Supercell-Boundary Interactions in the Great Plains"*

19. Matthew Gropp, M.S. Earth Sciences, Fall 2015 – Spring 2017.
    *Thesis: "Assessing the Impact of the Evening Transition on the Evolution and Lifetime of Supercell Thunderstorms in the Great Plains"*

20. Richard Sirico, Independent Study, B.S. Meteorology, Fall 2017 – Spring 2018.
*Topic: "Assessing Spatial and Temporal Changes in the Environment on the Evolution of Convection in a High Shear, Low Instability Event in North Carolina"*

21. Cody Ledbetter, Honors Thesis, B.S. Meteorology, Fall 2015 – Spring 2016.
*Thesis: "The Interaction of Supercell Thunderstorms with the Appalachian Mountains"*

22. Cody Ledbetter, Independent Study, B.S. Meteorology, Spring 2015.
*Topic: "Arduino Weather Station"*

Committee Member

1. Payam Mohammadi, Ph.D. Infrastructure and Environmental Systems (S. Pilkington, Committee Chair), graduated Spring 2025.
*Dissertation: "Evaluation of Machine Learning Methods for Flood Forecasting in a Changing Climate and for Wide-Scale Adoption"*

2. Jared Caylor, M.S. Earth Sciences (M. Eastin, Committee Chair), graduated Spring 2025.
*Thesis: "Comparing the Offshore to Onshore Change in Outer Rainband Convective Environments for Landfalling Tropical Cyclones"*

3. Christian Boyer, Ph.D. Earth and Ecosystem Science (Central Michigan University; Committee Chair, J. Keeler), graduated Spring 2023.
*Dissertation: "Idealized Simulations of Destabilization and Convection Initiation in Coastal Regions"*

4. Xiaoyu Bai, Ph.D. Infrastructure and Environmental Systems (J. Scheff, Committee Chair), graduated May 2022.
*Dissertation: "Energetic Theory and Hadley Cells at a Seasonal Scale: How Will ITCZ Respond to a Warming Climate"*

5. Matt Toadvine, M.S. Earth Sciences (M. Eastin, Committee Chair), graduated May 2022.
*Thesis: "Comparing the Tornadic Environments Among East Coast and Gulf Coast Landfalling Tropical Cyclones"*

6. Maya Robinson, M.S. Earth Sciences (J. Scheff, Committee Chair), graduated December 2021.
*Thesis: "Constraining the Northern Hemisphere Mid-Latitude Jet Response to Climate Change in CMIP6 Using the Arctic Minus Subtropical Warming"*

7. Scott Dennstaedt, Ph.D. Infrastructure and Environmental Systems (M. Eastin, Committee Chair), graduated May 2021.

*Dissertation: "Targeted Approach to Providing Weather Guidance to General Aviation Pilots Based on Estimated Time of Departure and Personal Weather Minimums"*

8. Anna Stuck, M.S. Earth Sciences (M. Eastin, Committee Chair), graduated December 2020.
   *Thesis: "Development of a Forecasting Technique for the Charlotte Urban Heat Island Intensity"*

9. Rachel Cucinotta, M.S. Earth Sciences (M. Eastin, Committee Chair), graduated August 2019.
   *Thesis: "Diagnosing Thunderstorm Induced Power Outages with the Rapid Refresh Model"*

10. Stephanie Edwards, M.S. Earth Sciences (B. Magi, Committee Chair), graduated May 2018.
    *Thesis: "Analyzing the Use of Satellite Microwave Remote Sensing Data for Lightning Estimations in the Southeastern United States"*

11. Ryan Hubler, M.S. Earth Sciences (M. Eastin, Committee Chair), graduated May 2016.
    *Thesis: "Initiation and Enhancement of Local Precipitating Convection by the Charlotte Urban Heat Island"*

12. Thomas Winesett, M.S. Earth Sciences (B. Magi, Committee Chair), graduated May 2015.
    *Thesis: "Using Microwave Remote Sensing to Estimate Cloud-to-Ground Lightning Over Land for the Contiguous United States"*

13. Brandy Stimac, M.S. Earth Sciences (M. Eastin, Committee Chair), graduated May 2015.
    *Thesis: "Structural Variation of Offshore Supercells in Outer Rainbands of Hurricane Rita (2005)"*

## SERVICE_____

<u>Public and Community Service</u>

**Invited Presentations**

1. *Department of Hydrology and Atmospheric Sciences, University of Arizona* (December 2024): "The Evolution of Supercell Thunderstorms (and Student Understanding) as a Response to Their Environments"

2. *Upstate South Carolina Chapter of the American Meteorological Society* (March 2024): "Characteristics and Evolution of Observed Supercell Thunderstorms in the Central and Southern Appalachians"

3. *Lifelong Learning Salon, Aldersgate Senior Living* (October 2023): "'It Never Happens Here': Unpacking the True Relationship Between Tornadic Thunderstorms and Terrain"

4. *Infrastructure and Environmental Systems Seminar, UNC Charlotte* (September 2023): "How Does the Local Environment Influence Thunderstorm Behavior?"

5. *American Meteorological Society Student Conference* (January 2023): "Developing and Inspiring the Next Generation of Scientists: An Overview of Research in Teaching and Learning in the Atmospheric Sciences"

6. *Department of Atmospheric Sciences, Texas A&M University* (March 2022): "Be the Storm: Perspective Taking and Quantifying Environmental Changes Experienced by Long-Lived Supercells"

7. *Department of Mathematical Sciences, University of Wisconsin-Milwaukee* (October 2020): "Environmental Evolution of Long-Lived Supercell Thunderstorms"

8. *Department of Oceanography, United States Naval Academy* (February 2020): "Enhancing Student Success in Quantitatively-Intensive Courses Through Worked Examples"

9. *Department of Marine, Earth, & Atmospheric Sciences, North Carolina State University* (August 2018): "Embracing an Evidence-Based Approach to Teaching Quantitatively-Intensive Geoscience Courses"

10. *Carolinas Aviation Museum Girls STEM Camp* (April 2018; December 2018): "My Journey to STEM"

11. *Cabarrus-Kannapolis Early College High School* (October 2017): "Hurricanes"

12. *Greensboro Science Café* (September 2017): "Severe Thunderstorms"

13. *Charlotte Weather Fest* (March 2015, 2016, 2017, 2018, 2019): "Severe Thunderstorms"

14. *Department of Atmospheric Science, Colorado State University* (March 2014): "Base-State Substitution: An Idealized Modeling Technique for Approximating Environmental Heterogeneity"

15. *Females Learning About Science Here, Discovery High School, Colorado Springs, Colorado* (January 2014): "How Weather Works"

**Television Interviews**

1. WSLS TV (March 2024): Severe weather special on supercells traversing the Appalachian Mountains

2. WSOC TV (January 2024): January tornado activity in the Southeastern U.S.

3. Spectrum News (April 2017): Potential benefits of installing a new National Weather Service radar in Charlotte

4. Time Warner Cable News (January 2017): Increase in tornado deaths in 2017

## Invited Guest Lectures

1. UNC Charlotte Camps on Campus (June 2015): "Storm Chasers!"

   *Note: This was a <u>week-long</u> camp, wherein I gave numerous lectures and led daily activities designed for middle-school students*

2. UNC Charlotte INES 8102 Infrastructure Systems (September 2014): "Structures and Severe Weather"

3. UNC Charlotte ESCI 6600 Earth Sciences Seminar (September 2014): "Supercell Evolution in a Temporally Varying Environment"

## Other

1. *Panel Participant*, American Meteorological Society Annual Meeting, Joint Panel Discussion (Presidential Conference and 34th Conference on Education) on "Teaching Atmospheric Science: Celebrating ASER Progress and Sustaining Momentum into the Future" (January 2025)

2. *Panel Participant*, American Meteorological Society Webinar on Graduate School Applications (November 2022)

3. *Student Presentation and Poster Judge*, 30th Conference on Severe Local Storms (October 2022)

4. *Mentor*, National Weather Service Virtual Speed Mentoring Event (April 2022)

5. *Student Presentation Judge*, Final Project Presentations, MEA 507: Discipline-Based Education Research in the Geosciences, North Carolina State University (May 2021)

6. *Panel Participant*: Promoting Geoscience Research, Education, and Success Workshop, Charlotte, North Carolina (October 2015)

7. *Student Poster Judge*, Introduction to Meteorological Remote Sensing Final Project, North Carolina State University (April 2015)

8. *Volunteer*, UNC Charlotte STEM Day (October 2014)

*Casey E. Davenport: Curriculum Vitae (August 2025)* 26

9. *Volunteer*, Girls in the Middle Conference, Otero Junior College, La Junta, Colorado (March 2013, 2014)

University, College, and Departmental Service

1. **Committee Member**: Faculty Council, College of Humanities and Earth and Social Sciences, UNC Charlotte (Fall 2023 – Spring 2025)

2. **Committee Member**: Department Review Committee, Department of Earth, Environmental, and Geographical Sciences, UNC Charlotte (Fall 2023 – Spring 2025)

3. **Committee Member**: Graduate Advisory Committee, Department of Geography and Earth Sciences, UNC Charlotte (Fall 2021 – Spring 2023)

4. **Committee Member**: Diversity, Equity, Inclusion Working Group, Department of Geography and Earth Sciences, UNC Charlotte (Fall 2020 – Spring 2022)

5. **Committee Chair**: CLAS Teaching Awards Committee, College of Liberal Arts and Sciences, UNC Charlotte (Spring 2020)

6. **Committee Member**: CLAS Teaching Awards Committee, College of Liberal Arts and Sciences, UNC Charlotte (Spring 2019)

7. **Committee Member**: Faculty Advisory Committee, Department of Geography and Earth Sciences, UNC Charlotte (Fall 2017 – Spring 2018)

8. **Committee Member**: Search Committee for Hydrometeorologist/ Ecohydrologist, Department of Geography and Earth Sciences, UNC Charlotte (Fall 2015 – Spring 2016)

9. **Committee Member**: Web and Internet Technology, Department of Geography and Earth Sciences, UNC Charlotte (Fall 2015 – Spring 2016)

10. **Committee Member**: McEniry Building Redesign (Computer Labs), Department of Geography and Earth Sciences, UNC Charlotte (Spring 2015)

11. **Committee Member**: Department Speaker Series, Department of Geography and Earth Sciences, UNC Charlotte (Fall 2014 – Spring 2016)

Professional Service

**Journals**

1. Editor, *Journal of Operational Meteorology*, 2022 – present

*Casey E. Davenport: Curriculum Vitae (August 2025)*      *27*

2. <u>Associate Editor</u>, *Monthly Weather Review* journal, 2015 – 2023

3. <u>Associate Editor</u>, *Weather and Forecasting* journal, 2016 – 2019

4. <u>Manuscript Reviewer</u>, *Atmosphere*, *Journal of Geoscience Education*, *Journal of Astronomy and Earth Sciences Education*, *Journal of Operational Meteorology, Journal of the Atmospheric Sciences, Weather and Forecasting, Monthly Weather Review, Bulletin of the American Meteorological Society*, *Quarterly Journal of the Royal Meteorological Society*, *Weather and Climate Dynamics, Journal of Geophysical Research: Atmospheres, Journal of Coastal Research,* ad-hoc since 2018

**Committees**

1. <u>Co-Chair</u>, Unidata User's Committee, 2024 – present

2. <u>Committee Member</u>, Unidata User's Committee, 2018 – 2023

3. <u>Committee Member</u>, American Meteorological Society Committee on Severe Local Storms, 2018 – 2024

4. <u>Committee Member</u>, North Carolina Academy of Sciences Publications Committee, May 2015 – May 2023

5. <u>Faculty Co-Chair</u>, American Meteorological Society Student Conference, 2020 – 2022

**Grants and Applications**

1. <u>Grant Reviewer</u>, National Science Foundation (Division of *Atmospheric and Geospace Sciences*), adhoc since 2016

2. <u>Grant Reviewer</u>, National Oceanic and Atmospheric Administration, ad-hoc since 2015

3. <u>Scholarship Reviewer</u>, American Meteorological Society, 2019

4. <u>Application Reviewer</u>, National Science Foundation (*Graduate Research Fellowship Program*), 2016

**Conferences and Other Meetings**

1. <u>Program Co-Chair</u>, American Meteorological Society Severe Local Storms Conference 2024, Fall 2022 – Fall 2024

2. <u>Co-Facilitator</u>, "Designing Activities to Engage Students and Enhance Learning in Mathematically-Intensive Geoscience Courses" three-day workshop, Earth Educators' Rendezvous, July 2024

3. Co-Facilitator, "Designing Student-Centered Activities to Increase Engagement and Learning within Atmospheric Dynamics Courses" two-day workshop, Earth Educators' Rendezvous, July 2023

4. Co-Convener, "Teaching Atmospheric Dynamics to Improve Learning and Engagement" mini-workshop, Earth Educators' Rendezvous, July 2022

5. Co-Organizer, American Meteorological Society Severe Local Storms Virtual Conference for Students and Early Career Scientists, 2021

6. Poster Session Co-Chair, Earth Educators' Rendezvous, July 2021

7. Co-Organizer, American Meteorological Society Special Collection on Atmospheric Science Education Research, 2021

8. Student Presentation Judge, American Geophysical Union Fall Meeting, December 2020

9. Session Chair, American Meteorological Society 29th Conference on Severe Local Storms, October 2018

10. Student Presentation Judge, North Carolina Academy of Science 114th Annual Meeting, March 2017

11. Session Co-Chair, American Meteorological Society 16th Conference on Mesoscale Processes, August 2015

12. Student Presentation Judge, American Meteorological Society 16th Conference on Mesoscale Processes, August 2015

13. Session Chair, American Meteorological Society 26th Conference on Severe Local Storms, November 2012


## RECOGNITION, HONORS, & AWARDS_____

1. **Bonnie E. Cone Early-Career Professorship in Teaching (2025 – 2028)**, University of North Carolina at Charlotte (May 2025)

2. **Outstanding Early Career Award,** *AMS Scientific and Technological Activities Commission on behalf of the Committee on Mesoscale Processes*, July 2023

3. **Cover Page,** *Journal of Geoscience Education*, April 2020

4. **Editor's Award,** *Weather and Forecasting*, American Meteorological Society (January 2020)

5. **"Papers of Note" Highlighted in *Bulletin of the AMS*:** Creating a More Realistic Idealized Supercell Thunderstorm Evolution via Incorporation of Base-State Environmental Variability (November 2019)

6. **Integration of Undergraduate Teaching and Research Award**, College of Liberal Arts and Sciences, UNC Charlotte (April 2018)

7. **Dr. Tyrel Moore Mentorship Award**, Department of Geography and Earth Sciences, UNC Charlotte (May 2017)

8. **Faculty Appointment**, UNC Charlotte Honors program (May 2016 – present)

9. **Faculty Appointment**, UNC Charlotte Infrastructure and Environmental Systems Ph.D. program (December 2014 – present)

10. **Faculty Appointment**, UNC Charlotte Graduate Faculty (October 2014 – present)

11. **Award for Civilian Achievement**, Department of the Air Force (May 2014)

12. **Basic Sciences Division Team of the Year** (*Member of the Department of Physics STEM Outreach Team*), United States Air Force Academy (May 2013)

13. **Best Student Poster**, 24th Conference on Severe Local Storms, American Meteorological Society (October 2008)

Notable Student Achievements

1. **Jasen Greco**
   a. *Best Student Poster Award* (Science, Technology, and Engineering category), UNC Charlotte Undergraduate Research Conference (April 2022)
   b. *Best Student Poster Award*, American Meteorological Society Annual Meeting Student Conference (January 2024)
   c. 2024 – 2025 Dr. William F. Kennedy Graduate Fellowship, UNC Charlotte
2. **Matthew Gropp**
   a. 2019 Outstanding Masters' Thesis (Mathematics, Physical Sciences, and Engineering category), UNC Charlotte Graduate School
3. **Lauren (Decker) Burns**
   a. 2025 Outstanding Instructor of Record, UNC Charlotte Graduate School
   b. 2025 Outstanding Masters' Thesis (Non-traditional category), UNC Charlotte Graduate School
   c. *Outstanding Teaching Assistant*, National Association of Geoscience Teachers (August 2023)
4. **Roger Riggin**
   a. *Outstanding Teaching Assistant*, National Association of Geoscience Teachers (August 2024)

5. **Logan Twohey**
   a. 2022 – 2023 Dr. William F. Kennedy Graduate Fellowship, UNC Charlotte
6. **Cody Ledbetter**
   a. *Honorable Mention, Best Student Poster Award* (Science, Technology, and Engineering category), UNC Charlotte Undergraduate Research Conference, April 2015
7. **Katie Magee**
   a. *Best Student Poster Award*, American Meteorological Society Conference on Mesoscale Processes (July 2017)

## PROFESSIONAL MEMBERSHIPS_____

1. National Association of Geoscience Teachers, 2017 – present
2. National Science Teachers Association, 2015 – present
3. National Weather Association, 2013 – present
4. American Meteorological Society, 2003 – present
5. American Geophysical Union, 2014 – 2023
6. North Carolina Academy of Science, 2015 – 2022