**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| **DYBO, INC.,** | : | **Case No. 3:24-cv-303** |
| **Plaintiff,** | : | **Judge Walter H. Rice** |
| **v.** | : | |
| **ERIE INSURANCE COMPANY,** | : | **DEFENDANT ERIE'S NOTICE OF PERPETUATION DEPOSITION OF DR. CASEY DAVENPORT,** |
| **Defendant.** | : | **PhD.** |

Please take notice that Defendant, Erie Insurance Company, by and through counsel, will perpetuate the trial testimony of Dr. Casey Davenport, PhD., on **Friday, May 1, 2026, beginning at 10:00 A.M., Eastern Daylight Time, by Zoom videoconferencing**, to be used as authorized by the Rules of Civil Procedure. The deposition will be videotaped and a stenotype transcript produced for filing with the Court and presenting the testimony at trial.

The oral examination will continue until completed. Defendant reserves the right to present at trial the transcript or videotape, or both, of the foregoing deposition, for any purposes provided for by the Federal Civil Rules or federal law.

**FREUND, FREEZE & ARNOLD**
**A Legal Professional Association**

Respectfully submitted,

*/s/ Gordon D. Arnold*
Gordon D. Arnold (0012195)
Trial Attorney
Bartholomew T. Freeze (0086980)
Shelby L. Sprouse (0103311)
FREUND, FREEZE & ARNOLD
88 E. Broad Street, Suite 875
Columbus, OH  43215
T/F: (614) 827-7300
garnold@ffalaw.com
bfreeze@ffalaw.com
ssprouse@ffalaw.com
*Attorneys for Defendant, Erie Ins. Co.*

## CERTIFICATE OF SERVICE

On April 15, 2026, a true copy of the foregoing was served by email on Benjamin Barmore, Scott Hunziker and Ed Hollern, attorneys for the plaintiffs, at benjamin@hunzbarlaw.com, scott@hunzbarlaw.com, and ehollern@ejhlaw.com.

*/s/ Gordon D. Arnold*
Gordon D. Arnold (0012195)

- 2 -